(10,000)

#97-5049
#97-6158
#97-6266
#97-6386
#97-6461
#97-6620

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203

## PRETRIAL ORDER #1

AND NOW, this 23rd day of December, 1997, it is ORDERED that a status conference is scheduled for the above captioned case on January 15, 1998 at 10:00 a.m. in Courtroom 17-B, 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**FILED**

DEC 23 1997

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ATTEST:                          or          BY THE COURT

BY: _____                            _____
    Deputy Clerk                                 Judge

Civ 12 (9/83)