IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE : MDL DOCKET NO. 1203
PRODUCTS LIABILITY LITIGATION) :

## PRETRIAL ORDER #3

AND NOW, this 9th day of January, 1998, it is ordered that Arnold Levin is appointed as interim liaison counsel on behalf of all plaintiffs.

He shall receive copies of all Orders concerning this litigation and shall be responsible for distribution to the parties for whom he serves as liaison counsel, including this Order.

ATTEST:                    Or              BY THE COURT

BY:_____                     _____
   Deputy Clerk                                    Judge