BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE DIET DRUGS (Phentermine/
Fenfluramine/Dexfenfluramine)
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1203

---

THIS DOCUMENT RELATES TO ALL
ACTIONS

---

PRETRIAL ORDER NO. 4

AND NOW, this 16th day of January, 1998, it is hereby ORDERED that the operation of Local Rule 23.1(c) insofar as it requires plaintiffs to file motions for class certification within 90 days of the date of filing their complaints is hereby SUSPENDED and that plaintiffs shall not file any motions for class certification until further order of the Court.

BY THE COURT:

Louis C. Bechtle
Chief Judge Emeritus

FILED
JAN 1 6 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk