# /00004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203
 :
THIS DOCUMENT RELATES TO ALL :
ACTIONS :

**FILED**
JAN 21 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PRETRIAL ORDER # 5

AND NOW, this 21st day of January, 1998, at a hearing held on January 15, 1998 the court ruled as follows:

1. Any attorney who wishes to serve on Plaintiffs' Management Committee (PMC) shall send a resume to the court within ten days.

2. Edward S. Weltman, Esq., and Peter L. Resnick, Esq. will serve as co-lead counsel on behalf of the Phentermine defendants.

3. Michael T. Scott, Esquire will serve as Liaison Counsel for Fenfluramine & Dexfenfluramine Manufacturers.

4. Edward Madeira, Esquire and Nina Gussack, Esquire will serve as Liaison Counsel for Phentermine Manufacturers and Suppliers.

5. The next status conference will be held on March 4, 1998 at 10:00 a.m. in Courtroom 17-B, 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

ATTEST:                or        BY THE COURT

BY:_____            _____
    Deputy Clerk                      Judge

Civ 12 (9/83)