IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**FILED FEB - 5 1998 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

### PRETRIAL ORDER NO. 7

AND NOW, TO WIT, this 5th day of February, 1998, notwithstanding any Order, Consent or Stipulation to the contrary, any defendant in any Civil Action docketed in MDL No. 1203 is hereby granted an extension until March 16, 1998 to answer or otherwise move in response to any plaintiff's Complaint or Amended Complaint.

Any answer or response by any defendant to any plaintiff's Complaint or Amended Complaint that is required to be filed on March 17, 1998, or thereafter, shall be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED.

BY THE COURT:

LOUIS C. BECHTLE, J.