*#/00007*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS                   :
(PHENTERMINE, FENFLURAMINE,         :  MDL DOCKET NO. 1203
DEXFENFLURAMINE) PRODUCTS           :
LIABILITY LITIGATION                :
_____:
THIS DOCUMENT RELATES TO ALL        :
ACTIONS                             :
_____:
Kathleen Troxel                     :
     v.                             :
American Home Products Corp.,       :  C.A. No. 98-20004
et al.                              :
                                    :
_____:

**FILED**

FEB 13 1998

MICHAEL E. KUNZ, Clerk

By_____ Dep. Clerk

## PRETRIAL ORDER NO. 8

AND NOW, TO WIT, this 13th day of February, 1998, upon
consideration of plaintiff Kathleen Troxel's Motion for Extension
of Time in Which to File Petition for Class Certification, IT IS
ORDERED that said motion is DENIED as moot for the reasons set
forth in Pretrial Order No. 4, dated January 16, 1998.

LOUIS C. BECHTLE, J.