/00008

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**FILED**

MAR - 6 1998

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

| | |
|---|---|
| JON DANE BLANKENSHIP; JESS DAVID BLANKENSHIP, JAMIE DEANNE SHELTON, and JANET DEE BRILEY, Plaintiffs | § § § § § |
| VS. | § § § |
| AMERICAN HOME PRODUCTS CORPORATION, and WYETH-AYERST LABORATORIES COMPANY, Defendants | § § § § § |

MDL 1203 (TRANSFERRED FROM
CIVIL ACTION NO. 9:97CV 0353
IN THE EASTERN DISTRICT OF
TEXAS, LUFKIN DIVISION)

PTC # 9

## ORDER OF DISMISSAL

On this the _____ day of February, 1998, came on to be heard the Notice of Dismissal of the above entitled and numbered cause and the Court having considered the Notice of Dismissal is of the opinion that the Notice is proper and appropriate under applicable rules of procedure and accordingly:

IT IS ORDERED that this cause be and the same is hereby in all things dismissed without prejudice to the refiling of same.

SIGNED this 6th day of ~~February~~ MARCH, 1998.

Hon. Louis C. Bechtle
JUDGE PRESIDING