

#/00009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203
 :
DORITA RESNICK, et al. :
         FILED
         MAR - 6 1998
     v.  MICHAEL E. KUNZ, Clerk
 :
WYETH-AYERST LABORATORIES, : By:_____ Dep. Clerk
et al. : CA No. 98-20069

PRETRIAL ORDER 10

AND NOW, this 6th day of March, 1998, it is ORDERED that the unopposed motion to extend time to answer is DENIED as moot pursuant to PTO #7.

ATTEST:                                 or    BY THE COURT

BY:_____                    _____
      Deputy Clerk                                    Judge

Civ 12 (9/83)