

\#/00010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| MELINDA HAZELTON, et al. v. WYETH-AYERST LABORATORIES, et al. | CA No. 98-20098 |

PRETRIAL ORDER // 

AND NOW, this 6th day of March, 1998, it is ORDERED that the motion of Jeffrey Brinker and David Bohrer to withdraw as counsel for Abana Pharmaceuticals, Inc. is GRANTED.

FILED
MAR - 6 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ATTEST:                                    or      BY THE COURT

BY:_____                           _____
   Deputy Clerk                                           Judge

Civ 12 (9/83)