IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/
FENFLURAMINE/DEXFENFLURAMINE
PRODUCTS LIABILITY LITIGATION

#/100012

MDL DOCKET NO. 1203

THIS DOCUMENT RELATES TO ALL
ACTIONS

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DOROTHY S. SMITH, | Case No.: 2:97-3140-11 |
| Plaintiff, | |
| v. | CONSENT ORDER TO AMEND DEFENDANT FISONS CORPORATION'S ANSWER TO AMENDED COMPLAINT |
| A.H. ROBINS COMPANY, INC., WYETH-AYERST LABORATORIES DIVISION OF AMERICAN HOME PRODUCTS CORPORATION, AMERICAN HOME PRODUCTS CORPORATION, GATE PHARMACEUTICALS, INC., a Division of Teva Pharmaceuticals, USA, Inc., SMITHKLINE BEECHAM CORPORATION, ZENITH GOLDLINE PHARMACEUTICALS, INC., ABANA PHARMACEUTICALS, INC., a subsidiary of Jones Medical Industries, Inc., SHIRE RICHWOOD INC., ION LABORATORIES, INC., MEDEVA PHARMACEUTICALS, INC., CAMALL COMPANY, FISONS CORPORATION, ROBERTS PHARMACEUTICAL CORPORATION, PARMED PHARMACEUTICALS, INC., a subsidiary of Alpharma, Inc., EON LABS MANUFACTURERS, INC., JONES MEDICAL INDUSTRIES, INC., THE UPJOHN COMPANY, REXAR PHARMACAL, a Division of Shire Richwood, Inc., | FILED<br>MAR - 6 1998<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |
| Defendants. | |

PTO #13

It appearing unto the Court that the Defendant, Fisons Corporation, has moved to have its answer to the Amended Complaint amended and that the Plaintiff, Dorothy S. Smith, has consented to the amendment of the answer of Fisons Corporation. It is hereby,

ORDERED, ADJUDGED AND DECREED that the Defendant, Fisons Corporation, be granted leave to amend the answer to the Amended Complaint.

HONORABLE LOUIS C. BECHTLE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MAR. 6, 1998
~~Charleston, South Carolina~~

2