#/00013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203

SANDRA CHERRY :

v. :

WYETH-AYERST LABORATORIES, :
et al. : CA No. 98-20044

**FILED MAR - 6 1998 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

<u>PRETRIAL ORDER</u> 14

AND NOW, this 6th day of March, 1998, it is ORDERED that plaintiff's motion to substitute a party is GRANTED. Debra Cherry is hereby substituted as Administrator of the Estate of Sandra Cherry.

ATTEST:                                    or         BY THE COURT

BY:_____                 _____
     Deputy Clerk                                    Judge

Civ 12 (9/83)