IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS :
(PHENTERMINE, FENFLURAMINE, :
DEXFENFLURAMINE) PRODUCTS : MDL DOCKET NO. 1203
LIABILITY LITIGATION :

THIS DOCUMENT RELATES TO :
All ACTIONS :

FILED
MAR 13 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PRETRIAL ORDER NO. 15

AND NOW, TO WIT, this 13th day of March, 1998, notwithstanding any Order, Consent or Stipulation to the contrary, any defendant in any Civil Action docketed in MDL no. 1203 is hereby granted an extension until April 15, 1998 to answer or otherwise move in response to any plaintiff's Complaint or Amended Complaint.

Any answer or response by any defendant to any plaintiff's Complaint or Amended Complaint that is required to be filed on April 16, 1998, or thereafter, shall be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED.

BY THE COURT:

LOUIS C. BECHTLE, J.