*100016*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEBIE DOUGLAS, ET AL. : CIVIL ACTION
: 98-~~20261~~ 20324, MS
v. :
: MDL-1203
:
A.H. ROBINS COMPANY, ET AL. : PTO #17

ORDER

AND NOW, this 13TH day of March, 1998; it is hereby ORDERED that the above captioned case is dismissed as a duplicate filing of Civil Action Number 98-~~20324~~ 20261 MS. Counsel is hereby directed to file all future pleadings for this action in 98cv~~20,324~~ 20261 MS.

/s/ LOUIS C. BECHTLE

FILED
MAR 13 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED: 3/16/98
CLERK OF COURT