#100017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL DENISE RUSSEL, ET AL.        :     CIVIL ACTION
                                    :     98-~~20260~~
         v.                         :     20323
                                    :     MDL-1203
A.H. ROBINS COMPANY, ET AL.         :

FILED
MAR 13 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk    PTO #18

ORDER

AND NOW, this 13TH day of March, 1998; it is hereby ORDERED that the above captioned case is dismissed as a duplicate filing of Civil Action Number 98-~~20323~~ 20260. Counsel is hereby directed to file all future pleadings for this action in ~~98cv20323~~ 20260.

LOUIS C. BECHTLE

ENTERED: 3/16/98
CLERK OF COURT