# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/        :
Fenfluramine/Dexfenfluramine)         :        MDL Docket No. 1203 **FILED**
PRODUCTS LIABILITY LITIGATION         :

PRETRIAL ORDER NO. 22

First Wave Discovery

**MAR 2 3 1998**

**MICHAEL E. KUNZ, Clerk**

By _____ Dep. Clerk

This Order applies to all civil actions which are or become consolidated in MDL No. 1203, including those which are originally filed in or transferred to and docketed in the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407.

1.      **Discovery Initiation Date**  For purposes of this Order and for purposes of discovery in MDL 1203, the Court establishes a "discovery initiation date" ("DID") which is

(1)      April 1, 1998 for those civil actions that were originally filed in or transferred to and docketed in the Eastern District of Pennsylvania before April 1, 1998 or

(2)      the first day of the month following the date that a civil action is filed in or transferred to and docketed in the Eastern District of Pennsylvania to the extent that such an event occurs on or after April 1, 1998.

2.      **Plaintiffs' Fact Sheets and Medical Authorizations**

(A)      Within forty-five days of the DID, each plaintiff shall deliver to each defendant named in that plaintiff's complaint and to the Plaintiffs' Management Committee ("PMC") a completed Fact Sheet, copies of each document to be furnished

along with the completed Fact Sheet as specified in Part VIII of the Fact Sheet, a completed List of Medical Providers and Other Sources of Information, completed authorizations all in the forms which are attached to this Order, and a list of any medical providers as to which plaintiff objects to use of such an authorization.

(B)     Prior to using any authorization furnished pursuant to the preceding paragraph in order to obtain medical records or other documents with respect to a plaintiff, the person using any such authorization shall provide the plaintiff's counsel or the plaintiff, if unrepresented, with the names of the persons to whom the authorizations will be addressed. In addition, if defendants propose to address an authorization to a medical provider or other third party not listed in a plaintiff's List of Medical Providers, plaintiff shall have ten (10) days in which to object to use of the authorization.  In the event that a party has objected to the use of an authorization to obtain records from any medical providers or other third parties, the authorization shall not be used to request records from such medical provider or third party until the objection is resolved. Upon request of plaintiff's counsel, defendants' counsel shall provide copies of the records requested to plaintiff's counsel at a reasonable cost.  Authorizations may not be used to obtain information other than documents and records.

(C)  Plaintiffs'  completion of the Fact Sheet, List of Medical Providers, and Authorizations and production of documents pursuant to this Order shall be under oath and shall be considered to be responses to interrogatories and requests for the production of documents under Rules 33 and 34 of the Federal Rules of Civil Procedure, but shall not preclude defendants from obtaining additional discovery from plaintiffs of a

non-duplicative nature. Plaintiffs' counsel reserve the right to object to defendants'

future discovery requests on any proper ground.

      3.    **First Wave Discovery Addressed to Defendants**

      (A)    The PMC, on behalf of all plaintiffs, has served one set of

comprehensive interrogatories and requests for production of documents on each

defendant who is alleged to have manufactured, marketed or sold the diet drugs which are

the subject of this litigation (other than medical providers, clinics, diet centers, and the

like).

      (B)    Within twenty-one (21) days of the date of this Order,  defendants

shall serve any objections to such discovery requests.

      (C)    Thereafter, the parties shall meet and confer in a good faith effort

to resolve Defendants' Objections to Plaintiffs' Interrogatories and Document Production

Requests.

      (D)    A hearing is scheduled to take place before the Court on Apr. 1 21st,

1998 at 11:00 a.m. in Courtroom 17B, United States Courthouse, 601 Market Street,

Philadelphia, PA 19106 to resolve any objections which have been made to plaintiffs'

first wave discovery requests which the parties have been unable to resolve.

      (E)    Within forty-five (45) days of the April 1, 1998 DID, each

defendant shall answer each of the plaintiffs' interrogatories which were not subject to

objection.  Interrogatories to which objections are raised and overruled shall be answered

at such time as shall be determined by the Court.

(F)     Within thirty (30) days of the April 1, 1998 DID, each defendant shall make a substantial production to Plaintiffs' Document Depository of documents responsive to plaintiffs' Document Production Requests. Within thirty (30) days of such initial production, each defendant shall make a second substantial production of responsive documents. Within thirty (30) days of the second production, defendants shall make their final production of documents which are responsive to Plaintiffs' Document Production Requests. Fifteen days thereafter, each defendant shall provide a privilege log listing any documents withheld on a claim of attorney-client privilege and/or work product protection. For good cause shown, defendants may seek extensions of the dates in the preceding two sentences from the Court. Documents which are subject to a claim of privilege which is overruled or denied shall be produced at such time as shall be determined by the Court.

(G)     Any plaintiff who wishes to serve interrogatories and document production requests on any defendant who is a medical provider, diet center, clinic, or the like, may do so at any time provided that such requests are coordinated with and through the PMC which shall assure that discovery requests directed to such defendants are not duplicative. Any defendant may likewise serve such discovery.

(II.)   Defendants' Response to Plaintiffs' Interrogatories and Document Production Requests and the production of documents pursuant to the Self-Executing Disclosure Provisions of this Order shall not preclude plaintiffs from obtaining additional discovery from defendants of a non-duplicative nature. Defendants' counsel reserve the right to object to plaintiffs' future discovery requests on any proper ground.

4

4.    **Self-Executing Disclosures**

(A)    Within thirty (30) days of the April 1, 1998 DID, defendants shall

provide the PMC with a copy of each and every document previously produced in any

civil action involving fenfluramine, dexfenfluramine, and/or phentermine.  This includes

all discovery responses produced, all transcripts or records of any testimony given by way

of affidavit, deposition, at a hearing or at trial, and all documents tendered for inspection

and copying, which shall include all documents delivered to opposing parties in such

litigation.

(B)    Within thirty (30) days of the April 1, 1998 DID, defendants shall

provide plaintiffs with the documents and other information described in Fed.R.Civ.P.

26(a)(1)(D).

5.   **Third Party Document Production Requests**

Any party may request the production of documents by a third party

through a Subpoena Duces Tecum. The party initiating such discovery shall ensure that

the documents produced are given a distinct identifying number in the manner set forth in

paragraph 6(C) of this Order and that a copy of all such documents are provided to

Arnold Levin on behalf of plaintiffs and to Michael T. Scott for the defendants.

6.   **Plaintiffs' Document Depository**

(A)   The PMC is hereby authorized to establish and maintain a

document depository and office at 414 Walnut Street, Philadelphia, Pennsylvania 19106.

(B)   With respect to any documents which defendants are required to

produce pursuant to the terms of this Order or in response to a request for production of

documents, one copy of the documents shall be delivered to the PMC's document

depository and shall be maintained there pending further order of the court.

(C)   All documents produced by any defendant to the PMC depository

shall be uniquely identified with an alpha numeric designation which shall be indelibly

stamped on the documents in such a way as not to obliterate any text. This designation

shall contain an alpha prefix followed by whole numbers assigned in numerical sequence

for each document produced.

(D)   The detailed provisions concerning the operation of, and access to,

the PMC depository will be the subject of a future Order of the Court. The Court's Order

will assure, <u>inter alia</u>, that plaintiffs' attorneys in state court actions involving

fenfluramine, dexfenfluramine, and/or phentermine will be entitled to review documents

in the PMC depository at no cost to the reviewing attorney and will be able to obtain

copies of such documents at a price which will not exceed the reasonable cost of

reproduction, provided that such plaintiffs' counsel agree to be bound by the terms of the

Confidentiality Order governing MDL Docket No. 1203 or by the terms of a Protective

Order of comparable scope entered in the state court litigation.

     7.    **Other Discovery**

        (A)    Depositions may be taken in order to preserve testimony in the

circumstances addressed by Fed.R.Civ.P. 27.

        (B)    Except as provided in this Order, no additional discovery,

including depositions, shall be taken until further Order of the Court.

BY THE COURT:

DATED:

Louis C. Bechtle
Chief Judge Emeritus

COUNSEL


THIS FACT SHEET WAS TO BE ATTACHED TO PTO
#22 IN MDL 1203

PLEASE ATTACH TO PTO #22

IN RE DIET DRUGS
PRODUCTS LIABILITY LITIGATION

MDL-1203

## PLAINTIFF'S FACT SHEET

This Fact Sheet and the attached List of Medical Providers and Other Sources of Information must be completed by each plaintiff in MDL 1203 who used diet drugs or who is the representative of a person or the estate of a deceased person who used diet drugs.

I.    **CASE INFORMATION**

A.    Please state the following for the civil action which you filed:

1.    Case Caption: _____

2.    MDL Civil Action No.: _____

3.    Court in which action originally brought (transferor district):

_____

4.    Original civil action number in the transferor court.

Civil Action No.: _____

5.    Please state name, address, telephone number, fax number and E-mail address of principal attorney representing you.

_____
Name

_____
Firm

_____
City, State and Zip Code

_____
Telephone number            Fax number

_____
E-mail address

B.    If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1. _____
   Your Name

2. _____
   Street Address

3. _____
   City, State and Zip Code

4. In what capacity are you representing the individual:

   _____

5. If you were appointed by a court, state the:

   _____     _____
   Court                                                  Date of Appointment

6. Your relationship to deceased or represented person:

   _____

7. If you represent a decedent's estate, state the date of death of the decedent.

   _____

   **[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person who used diet drugs. Those questions using the term "You" refer to the person who used the diet drugs. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.]**

C. Claim Information

   1. Do you claim that you have suffered a bodily injury as the result of the use of Pondimin (fenfluramine), Redux (dexfenfluramine) or phentermine?[1]

      Yes _____     No _____

---

[1] For description of phentermine products see chart in Part VI.

2.      If the answer to the foregoing questions is "Yes", state the nature of the injury or injuries which you claim.

_____

_____

_____

3.      If you do not claim you have suffered a bodily injury as the result of the use of Pondimin, Redux and/or phentermine, state how you have been injured.

_____

_____

_____

## II.    PERSONAL INFORMATION

A.    Last Name: _____

First Name: _____

Middle Name or Initial: _____

B.    Maiden or other names used or by which you have been known:

_____

C.    Present Street Address: _____

_____
City                    State                Zip Code

D.    Current or last employer:

_____
Name

_____
Address

_____
Dates of Employment

- 3 -

Occupation _____

E.    Social Security Number: _____

F.    Date of Birth: _____

G.    Sex:   Male _____          Female _____

H.    Have you ever served in any branch of the U.S. Military?

          Yes _____    No _____

If yes, please state:

1.    What branch and the dates of service.

      _____

2.    Were you discharged for any reason relating to your health or physical condition?

          Yes _____    No _____

If yes, state what that condition was.

      _____

I.    Have you ever been rejected from military service for any reason relating to your health or physical condition?

          Yes _____    No _____

If yes, state what that condition was.

      _____

J.    Have you ever filed a worker's compensation claim?

          Yes _____    No _____

If yes, please state

1.    Year claim was filed: _____

- 4 -

2.     Where claim was filed: _____

3.     Claim/docket number, if applicable _____

4.     Nature of disability: _____

5.     Period of disability: _____

[Attach additional sheets if necessary to describe more than one claim]

K.    Have you ever filed a social security disability claim?

        Yes _____     No _____

If yes, please state

1.     Year claim was filed: _____

2.     Where claim was filed: _____

3.     Nature of disability: _____

4.     Period of disability: _____

[Attach additional sheets if necessary to describe more than one claim]

L.    Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury?

        Yes _____     No _____

If so, state the court in which such action was filed and the civil action or docket number assigned to each such claim, action or suit.

_____

_____

M.    Have you been convicted of a felony within the last 10 years?

        Yes _____     No _____

### III.   FAMILY INFORMATION

A.   Are you currently married?

Yes _____     No _____

B.   Has your spouse filed a loss of consortium claim?

Yes _____     No _____

C.   Spouse's name: _____

D.   Spouse's date of birth: _____

E.   Spouse's occupation: _____

F.   Has any parent, grandparent or sibling been diagnosed with heart, lung, or liver problems?

Yes _____     No _____     I Don't know _____

If yes, identify each such person below and provide the information requested.

1.   Name _____

Current Age (or Age at Death) _____

Type of Problem _____

If Applicable, Cause of Death _____

2.   Name _____

Current Age (or Age at Death) _____

Type of Problem _____

If Applicable, Cause of Death _____

3.   Name _____

Current Age (or Age at Death) _____

Type of Problem _____

If Applicable, Cause of Death _____

## IV.   CURRENT MEDICAL CONDITION

A.   Do you currently suffer from any physical injuries, illnesses or disabilities?

Yes _____   No _____

B.   If the answer is yes, please state the following:

1.   Identify the injury, illness, or disability and date of onset:

_____   _____

Injury, illness or disability          Date of onset

2.   By whom first diagnosed:

_____   _____

Name          Address (if not otherwise provided)

## V.   MEDICAL BACKGROUND

A.   Height: _____

B.   Weight before use of Pondimin, Redux or phentermine:

_____

C.   Current weight: _____

D.   To the best of your knowledge, have you ever used any of the following?

| Substance | Date First Taken | Date Last Taken |
|-----------|------------------|-----------------|
| 1.   Oral contraceptives | | |
| Yes _____   No _____ | _____/_____/_____ | _____/_____/_____ |
| 2.   Antidepressants | | |
| Yes _____   No _____ | _____/_____/_____ | _____/_____/_____ |

| Substance | Date First Taken | Date Last Taken |
|---|---|---|

3.   Heart medications

   Yes _____   No _____      ___/___/___      ___/___/___

4.   Blood pressure medication

   Yes _____   No _____      ___/___/___      ___/___/___

5.   Thyroid supplements

   Yes _____   No _____      ___/___/___      ___/___/___

6.   Diuretics

   Yes _____   No _____      ___/___/___      ___/___/___

7.   Non-prescription intravenous injections

   Yes _____   No _____      ___/___/___      ___/___/___

8.   Any use of cocaine, crack cocaine, or heroin or use of marijuana on more than 4 occasions

   Yes _____   No _____      ___/___/___      ___/___/___

9.   Amphetamines

   Yes _____   No _____      ___/___/___      ___/___/___

10.   Inhaled non-prescription substance (e.g., inhalation of glue or toluene)

   Yes _____   No _____      ___/___/___      ___/___/___

11.   Methysergide (Sansert)

   Yes _____   No _____      ___/___/___      ___/___/___

12.   Ergotamine preparations (Cafergot)

   Yes _____   No _____      ___/___/___      ___/___/___

| Substance | Date First Taken | Date Last Taken |
|---|---|---|

13.  L-tryptophan

   Yes _____   No _____        ____ / ___ / _____        ____ / ___ / _____

14.  Any medication for migraine headaches

   Yes _____   No _____        ____ / ___ / _____        ____ / ___ / _____

   If yes, identify the medication _____

E.  Have you used prescription medications (other than Pondimin, Redux or phentermine), herbal preparations, or over the counter products to control or reduce your weight

   Yes _____   No _____

If yes, state

| | |
|---|---|
| _____ | _____ |
| product | approx. dates of use |
| _____ | _____ |
| product | approx. dates of use |
| _____ | _____ |
| product | approx. dates of use |

F.  Smoking history [check whichever is applicable]

   1.  never smoked cigarettes _____

   2.  past smoker of cigarettes _____

       date on which smoking ceased _____

       amount smoked: _____ packs per day for _____ years

   3.  current smoker of cigarettes _____

       amount smoked: _____ packs per day for _____ years

G.   Drinking history

    1.   Do you now or have you in the past drunk alcohol (beer, wine, whiskey, etc.)?

        Yes _____   No _____

    If yes, check the following box which represents your greatest alcohol consumption over an extended period.

        _____   1-5 drinks per week
        _____   6-10 drinks per week
        _____   15 or more drinks per week

H.   To the best of your knowledge, have you ever experienced any of the following?

    1.   Shortness of breath not associated with vigorous exercise    Yes _____   No _____

    2.   Persistent or recurrent pain in your chest    Yes _____   No _____

    3.   Irregular heart beat, including heart palpitations, tachycardia and bradycardia    Yes _____   No _____

    4.   Abnormal lack of energy    Yes _____   No _____

    5.   Fainting, dizziness or lightheadedness    Yes _____   No _____

    6.   Sleep apnea, other sleep breathing disorder, or difficulty breathing    Yes _____   No _____

    7.   Snoring    Yes _____   No _____

    8.   Head pounding    Yes _____   No _____

    9.   Significant swelling of ankles other than during pregnancy    Yes _____   No _____

    10.   Memory loss    Yes _____   No _____

    11.   Arthritis or joint pain    Yes _____   No _____

I.     If you claim psychological or emotional injury as a consequence of diet drugs, state whether you have experienced or been treated for any psychological, psychiatric or emotional problem prior to the use of Pondimin, Redux or phentermine.

Yes _____     No _____

If yes, state:

1.     Name and address of each person who treated you

a.     _____
       Name
       _____
       Address (if not otherwise provided)

b.     _____
       Name
       _____
       Address (if not otherwise provided)

c.     _____
       Name
       _____
       Address (if not otherwise provided)

2.     Condition for which treated

_____

3.     When treated

_____

J.     To the best of your knowledge, have you ever been told by a doctor or any other person, that you have, may have or had any of the following:

| | | | |
|---|---|---|---|
| 1. | Hypertension or high blood pressure | Yes _____ | No _____ |
| 2. | Heart murmur | Yes _____ | No _____ |
| 3. | Heart attack | Yes _____ | No _____ |
| 4. | Stroke | Yes _____ | No _____ |
| 5. | Blood clot to the lung (pulmonary embolism) | Yes _____ | No _____ |
| 6. | Blood clot in the leg and/or phlebitis | Yes _____ | No _____ |
| 7. | Chronic lung disease | Yes _____ | No _____ |

- 11 -

| | | | |
|---|---|---|---|
| 8. | Interstitial parasitic lung disease | Yes _____ | No _____ |
| 9. | Congenital abnormality of heart | Yes _____ | No _____ |
| 10. | Congenital abnormality of lungs, thorax or diaphragm | Yes _____ | No _____ |
| 11. | Hypoxia | Yes _____ | No _____ |
| 12. | Portal hypertension | Yes _____ | No _____ |
| 13. | Pulmonary vasculitis | Yes _____ | No _____ |
| 14. | Immune system disease or dysfunction (including Aids or HIV) | Yes _____ | No _____ |
| 15. | Rheumatic fever | Yes _____ | No _____ |
| 16. | Cirrhosis, hepatitis or other liver disease | Yes _____ | No _____ |
| 17. | Alcoholism | Yes _____ | No _____ |
| 18. | Carcinoid syndrome | Yes _____ | No _____ |
| 19. | Other Cancer | Yes _____ | No _____ |
| | If yes, specify:_____ | | |
| | _____ | | |
| 20. | Pulmonary hypertension | Yes _____ | No _____ |
| 21. | Pulmonary venous hypertension | Yes _____ | No _____ |
| 22. | Primary pulmonary hypertension | Yes _____ | No _____ |
| 23. | Heart valve lesions | Yes _____ | No _____ |
| 24. | Heart valve prolapse or regurgitation | Yes _____ | No _____ |
| 25. | Neurological problem | Yes _____ | No _____ |
| | If yes, specify:_____ | | |
| | _____ | | |
| 26. | Ankylosing spondylitis | Yes _____ | No _____ |
| 27. | Altitude heart disease | Yes _____ | No _____ |
| 28. | Cardiac arrhythmias | Yes _____ | No _____ |
| 29. | Collagen vascular disease | Yes _____ | No _____ |
| 30. | Endocarditis | Yes _____ | No _____ |
| 31. | Eosinophilia-myalgia syndrome (EMS) | Yes _____ | No _____ |
| 32. | High cholesterol | Yes _____ | No _____ |
| 33. | Hypertriglyceridemia | Yes _____ | No _____ |
| 34. | Increased levels of low density lipo protein cholesterol (LDL's) | Yes _____ | No _____ |
| 35. | Marfan's Syndrome | Yes _____ | No _____ |
| 36. | Mediastinal Fibrosis | Yes _____ | No _____ |
| 37. | Mediastinal Stenosis | Yes _____ | No _____ |
| 38. | Raynaud's Disease | Yes _____ | No _____ |
| 39. | Anorexia | Yes _____ | No _____ |
| 40. | Bulimia | Yes _____ | No _____ |
| 41. | Diabetes mellitus or other form of diabetes | Yes _____ | No _____ |
| | If yes, specify the type:_____ | | |
| | _____ | | |
| 42. | Hypoglycemia (low blood sugar) | Yes _____ | No _____ |

- 12 -

43.   Gall bladder disease        Yes _____    No _____
44.   Kidney disease             Yes _____    No _____
45.   Dermatomyositis         Yes _____    No _____
46.   Lupus                    Yes _____    No _____
47.   Rheumatoid Arthritis      Yes _____    No _____
48.   Connective Tissue Disease   Yes _____    No _____
49.   Scleroderma            Yes _____    No _____
50.   Other autoimmune disease   Yes _____    No _____
       If yes, specify:_____

_____

51.   Scarlet fever           Yes _____    No _____
52.   Sickle Cell Anemia       Yes _____    No _____
53.   Syphilis               Yes _____    No _____
54.   Thyroid disorder        Yes _____    No _____
55.   Non Malignant Tumors    Yes _____    No _____
56.   Asthma or emphysema     Yes _____    No _____
57.   Coronary artery disease    Yes _____    No _____
58.   Other heart or lung disease   Yes _____    No _____
59.   Gum disease           Yes _____    No _____

K.   If you responded yes to any of the above, please identify the condition, the date of onset and state the name of the physician or other person and, if not provided in the accompanying list, the address of the physician who made the diagnosis or informed you of the condition.

   1.   Condition:_____

        Onset: _____

        Name and address of diagnosing physician or other person:

        _____

   2.   Condition:_____

        Onset: _____

        Name and address of diagnosing physician or other person:

        _____

   3.   Condition:_____

        Onset: _____

Name and address of diagnosing physician or other person:

_____

4.    Condition:_____

Onset:   _____

Name and address of diagnosing physician or other person:

_____

L.    Please indicate whether you have received any of the following treatments:

1.    Heart, lung or other chest surgery        Yes _____    No _____

For what condition?

_____

When?   _____

Treating physician:

_____

2.    Treatment for heart attack or angina        Yes _____    No _____

For what problem?

_____

When?   _____

Treating physician:

_____

3.    Pacemaker        Yes _____    No _____

When?   _____

Treating physician:

_____

- 14 -

4.    By-pass surgery                    Yes _____ No _____

When? _____

Treating physician:

_____

M.    Have you ever received any traumatic injury to your chest?

Yes _____    No _____

If yes, state when and describe the injury.

_____        _____
Injury                                              When

N.    To the best of your knowledge, state whether any of the following tests were
administered BEFORE your use of Pondimin, Redux and/or phentermine.

1.    Echocardiogram                        Yes _____    No _____
2.    Electrocardiogram                     Yes _____    No _____
3.    Cardiac or pulmonary
      artery catheterization                Yes _____    No _____
4.    Pulmonary function test               Yes _____    No _____
5.    Perfusion lung scan                   Yes _____    No _____
6.    Chest x-ray                           Yes _____    No _____
7.    Arterial, cardiac or
      pulmonary angiogram                   Yes _____    No _____
8.    Cardio-pulmonary or
      thallium stress test                  Yes _____    No _____
9.    Other diagnostic test or
      imaging of the heart,
      lungs, or pulmonary
      arteries or arterial pressure         Yes _____    No _____

O.    For each test for which you answered yes, identify the treating physician and
approximate date of the test.

_____        _____
Treating Physician                              Approximate date

- 15 -

P.   If an echocardiogram was taken BEFORE your use of Pondimin, Redux and/or phentermine, complete the following chart as to the results or attach a copy of the test report:

| | None | Trace | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| Mitral Valve Regurgitation | _____ | _____ | _____ | _____ | _____ |
| Tricuspid Valve Regurgitation | _____ | _____ | _____ | _____ | _____ |
| Aortic Valve Regurgitation | _____ | _____ | _____ | _____ | _____ |
| Pulmonary Valve Regurgitation | _____ | _____ | _____ | _____ | _____ |

Q.   To the best of your knowledge, state which of the following tests was administered AFTER your use of Pondimin, Redux or phentermine.

1.   Echocardiogram                                Yes _____      No _____
2.   Electrocardiogram                             Yes _____      No _____
3.   Cardiac or pulmonary
      artery catheterization                        Yes _____      No _____
4.   Pulmonary function test                   Yes _____      No _____
5.   Perfusion lung scan                          Yes _____      No _____
6.   Chest x-ray                                        Yes _____      No _____
7.   Arterial, cardiac or
      pulmonary angiogram                       Yes _____      No _____
8.   Cardio-pulmonary or
      thallium stress test                          Yes _____      No _____
9.   Other diagnostic test or
      imaging of the heart,
      lungs, or pulmonary
      arteries or arterial
      pressure                                           Yes _____      No _____

R.   For each test for which you answered yes, identify the treating physician and approximate date on which the tests were done.

_____                    _____

Treating Physician                                                      Approximate date

S.   If an echocardiogram was taken AFTER your use of Pondimin, Redux and/or phentermine, complete the following chart as to the results or attach a copy of the test results:

- 16 -

|  | None | Trace | Mild | Moderate | Severe |
|---|---|---|---|---|---|
| Mitral Valve Regurgitation | ___ | ___ | ___ | ___ | ___ |
| Tricuspid Valve Regurgitation | ___ | ___ | ___ | ___ | ___ |
| Aortic Valve Regurgitation | ___ | ___ | ___ | ___ | ___ |
| Pulmonary Valve Regurgitation | ___ | ___ | ___ | ___ | ___ |

## VI.   DIET DRUG USE

A.   Please complete the following chart with respect to each diet medication you have taken: [if you took more than one type of phentermine product, please complete this chart, including a description, for each separate phentermine product].

| Drug Name: Generic/Brand | Description: Color/Shape/Writing/Name | Approximate Date First Taken | Approximate Date Last Taken | Prescribed/Dispensed by:(Doctor or Clinic) |
|---|---|---|---|---|
| dexfenfluramine/ Redux | 15 mg. capsule: white cap with black stripe; "REDUX" | | | |
| fenfluramine/Pondimin | orange round tablet; 20 mg. | | | |
| phentermine | | | | |
| phentermine | | | | |
| phentermine | | | | |

B.   If you took phentermine, please state the brand name(s) and manufacturer/distributor of the phentermine product(s) you took, to the extent known to you.

1.   Brand Name:_____

Manufacturer/Distributor_____

2.   Brand Name:_____

Manufacturer/Distributor_____

C.   If you took phentermine, please check the description of each phentermine product which you took.

- 17 -

1.   white capsule with blue cap; "Adipex-P" - "37.5" on cap and two dark stripes on body   _____

2.   white caplet with blue spots; 37.5 mg.; "LEMMON" - "99" with center score   _____

3.   Peanut shaped, green tablet imprinted with "S" on both sides; 37.5 mg.   _____

4.   30 mg.; blue and clear capsule with blue and white beads; imprinted with "BMP 147," "Fastin" and/or "Beecham"   _____

5.   white tablet with blue dots; oval; 37.5 mg.   _____

6.   green round tablet; 8 mg.   _____

7.   orange round tablet; 8 mg.   _____

8.   yellow oblong tablet; 37.5 mg.   _____

9.   black-yellow capsule; 37.5 mg.   _____

10.  black-black capsule; 37.5 mg.   _____

11.  brown-clear capsule; 37.5 mg.   _____

12.  green-clear capsule; 37.5 mg.   _____

13.  red-black capsule; 37.5 mg.   _____

14.  yellow-yellow capsule; 37.5   _____

15.  yellow-yellow capsule; 30 mg.   _____

16.  green-clear capsule; 30 mg.   _____

17.  brown-clear capsule; 30 mg.   _____

18.  black-black capsule; 30 mg.   _____

19.  blue-clear capsule; 30 mg.   _____

20.  gray-yellow capsule; 15 mg.   _____

21.  yellow-gray capsule; 18.75 mg. imprinted "18.75"   _____

22.  yellow-gray capsule; 15 mg.; imprinted "E882"   _____

23.  yellow-yellow capsule; 30 mg.; imprinted "E647"   _____

24.  blue-white gel capsule; "E5000"; 30 mg.   _____

25.  37.5 mg. tablet with blue dots   _____

26. Resin; yellow-yellow capsule imprinted with "IONAMIN 30"   _____

27. Resin; yellow-gray capsule imprinted with "IONAMIN 15"   _____

28. Hard yellow gel capsule; 30 mg.; "RPC-69"   _____

29. green-clear gel capsule; 37.5 mg.; imprinted "ABANA" and "217"   _____

30. black capsule   _____

31. yellow capsule   _____

32. yellow-gray capsule   _____

33. blue-clear capsule   _____

34. black gel capsule; 30 mg.; imprinted "Zantryl"   _____

35. Other:

    Please
    describe:_____
    _____
    _____

36. I can't remember what the product looked like   _____

D.  For each diet drug used by you, set forth the approximate date of any product change or any change or interruption in dosage.

| Product | Dosage Change/Interruption/ Product Change | Approximate Date |
|---|---|---|
| _____ | _____ | _____ |
| Product | Dosage Change/Interruption/ Product Change | Approximate Date |
| _____ | _____ | _____ |
| Product | Dosage Change/Interruption/ Product Change | Approximate Date |

- 19 -

E.   Did you lose weight while on Pondimin, Redux or Phentermine?

_____Yes     _____No

If the answer is yes, state the amount of weight you lost _____ and state the period during which the weight loss was achieved_____.

F.   State your high and low weight over the past ten years.

High_____lbs.   Approximate Date_____

Low_____lbs.   Approximate Date_____

## VII.   INJURY CLAIMS

A.   1.   Have you had discussions with any doctor about whether your condition is related to the use of diet drugs?

Yes _____     No _____     Don't know _____

2.   If yes, check one of the following:

a.   I was told my condition is related to the use of diet drugs _____.

b.   I was told my condition is not related to the use of diet drugs _____.

c.   I was told my condition may be related to the use of diet drugs _____.

d.   I was told by the doctor that he does not know whether my condition is related to the use of diet drugs _____.

e.   I don't recall what I was told _____.

3.   Identify the doctor or doctors

_____

Name

_____

Address (if not otherwise provided)

- 20 -

4.    If discussed with more than one doctor, please copy and complete Parts 2 and 3 for each.

B.    State whether you requested that any doctor or clinic provide you with diet drugs, and, if yes, identify the drug requested.

Yes _____    No _____

If yes, identify the drug requested _____

C.    Were you given any written instructions or warnings regarding the use of Pondimin, Redux and/or phentermine?

Yes _____    No _____

If yes, state when the written instructions or warnings were given and identify each person or entity from whom you received the warnings or instructions.

_____

Approximate date

_____

Name of person or entity (and address if not otherwise provided)

D.    Were you given any oral instructions or warnings regarding the use of Pondimin, Redux and/or phentermine?

Yes _____    No _____

If yes, state when the written instructions or warnings were given and identify each person or entity from whom you received the warnings or instructions.

_____

Approximate date

_____

Name of person or entity (and address if not otherwise provided)

E.    If you claim or expect to claim that you lost earnings or impairment of earning capacity as a result of any condition which you believe was caused by your use of diet drugs:

1.    Complete the following information with respect to your employment

- 21 -

for the past ten years.

| Employers for Past Ten Years | Address | Type of Business/Position | Dates of Employment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2.  State the total amount of time which you have lost from work as a result of any condition which you claim or believe was caused by your use of diet drugs and the amount of income which you lost.

_____

_____

3.  State your earned income for each of the last five years.

    Year    Income

    _____  $_____
    _____  $_____
    _____  $_____
    _____  $_____
    _____  $_____

F.  Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors, which are related to any condition which you claim or believe was caused by your use of diet drugs and for which you seek recovery in the action which you have filed?

        Yes _____     No _____

    If yes, state the total amount of such expenses at this time.  $_____

## VIII.  DOCUMENTS

Attach the following documents to this declaration, to the extent that such documents are currently in your possession or in the possession of your lawyers.

- 22 -

A.   A copy of all prescriptions for diet medications, exemplars of any unused diet medications you received as a result of such prescriptions, receipts, physician or office records, drug containers, packaging and other records which show each diet drug you have taken, the period during which you have taken each, the dosage of each diet drug and the frequency with which you took each drug.

B.   A copy of all medical records from any physician, hospital or health care provider, who treated you for any disease, condition or symptom referred to in your response to questions in Part V.

C.   To the extent not included in the foregoing, all records relating to any examination by a physician or other health care provider, conducted for any purpose, other than psychiatric or psychological evaluation, in the period beginning five (5) years prior to the date upon which you first used phentermine, Pondimin or Redux and continuing to date.

D.   If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

E.   All diagnostic tests or test results including reports of echocardiograms.

F.   Copies of all documents from physicians, health or weight loss clinics or others relating to the use of diet drugs, or to any condition you claim is related to the use of diet drugs.

G.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, height and weight charts, pharmacy handouts or other materials distributed with or provided to you when your prescriptions for diet medications were filled.

H.   All documents in the nature of records regarding weight gain and weight loss such as charts recording weight loss, diaries of weight loss efforts, notes or descriptions of medicines or other substances used to control or reduce your weight, and the like.

I.   Copies of all advertisements or promotions for diet drugs.

J.   **TEN ORIGINAL SIGNED** authorizations for the release of records in the form appended hereto.

K.   If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the last five (5) years.

- 23 -

L.    If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider.

## DECLARATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in part VII of this declaration, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.


_____          _____
            Signature                              Date


\J0557050\FACSHEET.03

- 24 -

## IN RE DIET DRUGS
## (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE)
## PRODUCTS LIABILITY LITIGATION
## MDL 1203

## LIST OF MEDICAL PROVIDERS
## AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF IN MDL 1203 WHO IS REQUIRED TO COMPLETE A DECLARATION MUST FULLY AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL CARE PROVIDERS AND OTHER SOURCES OF INFORMATION AS REQUESTED.

List the name and address of each of the following:

A.    **Your current family physician:**

_____
Name

_____
Street Address

_____
City, State, Zip Code

B.    To the best of your ability, identify each of your primary care physicians for the last twenty years.

1.

_____        _____
Name                                     Approximate dates

_____
Last known address

_____
City, State, Zip Code

2.

_____        _____
Name                                     Approximate dates

_____
Last known address

_____
City, State, Zip Code

3.

_____        _____
Name                                    Approximate dates

_____
Last known address

_____
City, State, Zip Code

4.

_____        _____
Name                                    Approximate dates

_____
Last known address

_____
City, State, Zip Code


C.      Each **cardiologist, pulmonary physician** and/or **heart, lung or chest surgeon** who has
        ever seen or treated you.

1.

_____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

2.

_____
Name

_____
Specialty

_____
Street Address

_____
City, State, Zip Code

3.

_____
Name

_____
Specialty

Street Address _____

City, State, Zip Code _____

4.

Name _____

Specialty _____

Street Address _____

City, State, Zip Code _____

D.    Each **hospital** where you have received **inpatient** treatment during the last ten years.

1.

Name _____

Specialty _____

Street Address _____

City, State, Zip Code _____

2.

Name _____

Specialty _____

Street Address _____

City, State, Zip Code _____

3.

Name _____

Specialty _____

Street Address _____

City, State, Zip Code

E.   Each **hospital or healthcare facility** where you have received **outpatient** treatment (including treatment in an emergency room) during the last ten years.

1.

Name

Specialty

Street Address

City, State, Zip Code

2.

Name

Specialty

Street Address

City, State, Zip Code

3.

Name

Specialty

Street Address

City, State, Zip Code

4.

Name

Specialty

Street Address

City, State, Zip Code

5.

Name
_____

Specialty
_____

Street Address
_____

City, State, Zip Code
_____


F.    Each other **physician or healthcare provider** from whom you have received treatment
      in the last ten years with the exception of psychiatrists or psychologists.

1.

Name
_____

Specialty
_____

Street Address
_____

City, State, Zip Code
_____

2.

Name
_____

Specialty
_____

Street Address
_____

City, State, Zip Code
_____

3.

Name
_____

Specialty
_____

Street Address
_____

City, State, Zip Code
_____

4.

Name

Specialty

Street Address

City, State, Zip Code

5.

Name

Specialty

Street Address

City, State, Zip Code

6.

Name

Specialty

Street Address

City, State, Zip Code

7.

Name

Specialty

Street Address

City, State, Zip Code

8.

Name

Specialty

Street Address

City, State, Zip Code

9.

Name

Specialty

Street Address

City, State, Zip Code

10.

Name

Specialty

Street Address

City, State, Zip Code

G.    Each **pharmacy, drugstore** and the like where you have had prescriptions filled during the past ten years or from which you have ever received any prescription medication taken to control or reduce your weight:

1.

Name

Street Address

City, State, Zip Code

2.

Name

Street Address

City, State, Zip Code

- 7 -

3.

Name _____

Street Address _____

City, State, Zip Code _____

4.

Name _____

Street Address _____

City, State, Zip Code _____

5.

Name _____

Street Address _____

City, State, Zip Code _____

H.    **If but only if** you claim that you suffered neurotoxic, psychological or emotional injuries as a result of taking diet drugs, list each **psychiatrist, psychologist and/or social worker** from whom you have received treatment during the last ten years

1.

Name _____

Street Address _____

City, State, Zip Code _____

2.

Name _____

Street Address _____

City, State, Zip Code _____

3.

Name
_____

Street Address
_____

City, State, Zip Code
_____

I.   If you have submitted a claim **for social security disability benefits** in the last ten years, state the name and address of the office which is most likely to have records concerning your claim.

Name
_____

Street Address
_____

City, State, Zip Code
_____

J.   If you have submitted a claim for **workers compensation**, state the name and address of the office which is most likely to have records concerning your claim.

Name
_____

Street Address
_____

City, State, Zip Code
_____

**[ATTACH ADDITIONAL SHEETS, IF
NECESSARY, TO COMPLETE EACH SUBSECTION]**

\30557.050\ATTACHME.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/      :
Fenfluramine/Dexfenfluramine)       :        MDL Docket No. 1203
PRODUCTS LIABILITY LITIGATION       :

AUTHORIZATION

To: _____
    Name

    _____
    Address

    _____
    City, State and Zip Code

This will authorize you to furnish copies of all medical
records, reports, radiographic films, prescription records,
echocardiographic recordings, written statements, employment
records, wage records, disability records, medical bills, and
other documents in your possession concerning _____

_____
            Name of Patient

whose date of birth is _____ and whose social security

number is _____.

    You are authorized to release the above records to the
following representatives of defendants in the above-entitled
matter who has agreed to pay reasonable charges made by you to
supply copies of such records.

_____
Name of Representative

_____
Representative Capacity (e.g. attorney, records requestor,
agent, etc.)

_____
Street Address

_____
City, State and Zip Code

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization is not valid unless the record requestor named above has executed the acknowledgment at the bottom of this authorization.

Date: _____          _____
                                       Patient or Guardian Signature

Date: _____          _____
                                       Witness Signature

## ACKNOWLEDGMENT

The undersigned, as the record requestor named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 the attorney for the patient named in the foregoing medical authorization has been given fifteen (15) days advance notice that the authorization will be used to request records from the person or entity to whom it is addressed and has been afforded an opportunity to object to the request and to order copies of the records requested from the undersigned requestor at a reasonable cost.

_____

\30557\050\AUTHOR.01

- 2 -