

#100023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MELINDA HAZELTON, et al., )
          Plaintiffs, )
v. )
WYETH-AYERST LABORATORIES COMPANY, )
et al., )
          Defendants. )

98-20098

97-1456-WEB

PTO #24

### ORDER OF DISMISSAL

Now, on this 23rd day of MARCH, 1998, Plaintiffs and Defendant, ION Laboratories, move this Court for an Order dismissing ION Laboratories from this action without prejudice. The Court, after hearing statements of counsel and reviewing matters of record, finds that the motion should be granted.

It is therefore ordered that ION Laboratories is dismissed from this action without prejudice.

It is so ORDERED.

_____
Judge