IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/ ) MDL Docket No. 1203
Fenfluramine/Dexfenfluramine) )
PRODUCTS LIABILITY LITIGATION)

TRANSFERRED FROM:

United States District Court for
the District of South Carolina
Charleston Division
Civil Action No. 2:97-3977-11

FILED
MAR 23 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Bobby Wayne Reynolds, )
 )
 Plaintiff, )
 )
vs. ) ORDER OF DISMISSAL
 )
A. H. Robins, et al., )
 )
 Defendants. )

This cause coming to be heard on Plaintiff's Motion to Dismiss, this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 23rd day of MARCH, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and

each party shall bear its own costs.  SO ORDERED.

_____
United States District Judge

WE SO MOVE:

_____
Thomas D. Rogers
Beth J. Laddaga
H. Blair Hahn
Ness, Motley, Loadholt, Richardson
 and Poole

ATTORNEYS FOR PLAINTIFF