#100027

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203
:

FILED
APR - 1 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PRETRIAL ORDER 28

AND NOW, this 30th day of March, 1998, it is ORDERED that the motions listed below are denied for the reasons set forth in Pretrial Order #23:

1. Boehringer Ingelheim Pharmaceuticals, Inc.'s motion for a more definite statement in 98-20138, #200003;
2. Smithkline Beecham's motion to dismiss 98-20158, #200013;
3. Smithkline Beecham's motion to dismiss 98-20157, #200017;
4. Smithkline Beecham's motion to dismiss 98-20150, #200011;
5. Medeva Pharmaceuticals, Inc.'s motion to dismiss 98-20150, #200029;
6. Smithkline Beecham's motion to dismiss 98-20156, #200010;
7. Medeva Pharmaceuticals, Inc.'s motion to dismiss 98-20156, #200026;
8. Smithkline Beecham's motion to dismiss 98-20153, #200012;
9. Medeva Pharmaceuticals, Inc.'s motion to dismiss 98-20153, #200028;
10. Smithkline Beecham's motion to dismiss 98-20160, #200015;
11. Smithkline Beecham's motion to dismiss 98-20154, #200016;
12. Smithkline Beecham's motion to dismiss 98-20151, #200018;

13. Smithkline Beecham's motion to dismiss 98-20159, #200014;

14. ION Laboratories Inc.'s motion to dismiss 98-20251, #4;

15. Smithkline Beecham's motion to dismiss 98-20251, #2;

16. ION Laboratories, Inc.'s motion to dismiss 98-20269, #200049;

17. ION Laboratories, Inc.'s motion to dismiss 98-20089, #200032;

18. Smithkline Beecham's motion to dismiss 98-20060, #200019; and

19. Smithkline Beecham's motion to dismiss 98-20318, #200048

ATTEST:                                          or      BY THE COURT

BY:_____                       _____
        Deputy Clerk                                      Judge

Civ 12 (9/83)