#100028

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203

PROVIDENCIA CAVE and :
JAMES C. CAVE :
          v. :
WYETH-AYERST LABORATORIES, :
et al. : CA No. 98-20328

FILED
APR - 1 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PRETRIAL ORDER 29

AND NOW, this 30th day of March, 1998, it is ORDERED that plaintiff's application for voluntary discontinuance without prejudice is GRANTED. This discontinuance is without prejudice to refile in New York Supreme Court.

ATTEST:                              or    BY THE COURT

BY:_____              _____
      Deputy Clerk                           Judge

Civ 12 (9/83)