MAR 2 0 1998

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re Diet Drug Litigation
MDL 1203

Case Affected:

Tema Riley v. A.H. Robbins, et al.

Transferred from United States District Court for the District of Columbia

F I L E D
APR - 1 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

PTO #30

98-20087

Civil Action No. 97CV022245

* * * * * * * * * * * *

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed between the Plaintiff and Defendant ION Laboratories that Plaintiffs' claims against Defendant ION Laboratories are hereby dismissed without prejudice from the above-captioned case.

_____
Lewis J. Saul, Esq.
Lewis J. Saul, P.C.
Chevy Chase Pavilion
5335 Wisconsin Avenue, N.W.
Suite 820
Washington, D.C. 20015
202-364-9700

Attorney for Plaintiffs

_____
Christopher W. Poverman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
410-539-5040

Attorney for Defendant ION Corporation

ss/277804

4/1/98