#/100030

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | STIPULATION **FILED** APR - 1 1998 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| MONIQUE HERNANDEZ v. WYETH-AYERST LABORATORIES COMPANY, a division of AMERICAN HOME PRODUCTS CORPORATION, et al. | C.A. No. 98-20122 PTO #31 |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that Defendant Ion Laboratories, Inc. shall be dismissed without prejudice from the above-captioned matter.

DATED this 19th day of March, 1998.

MEEHAN & ASSOCIATES

By_____
Michael J. Meehan
Attorneys for Plaintiff

CHANDLER, TULLAR, UDALL & REDHAIR

By_____
Jack Redhair
Attorneys for Defendant Ion Laboratories, Inc.

4/1/98

Meehan & Associates