#/00031

23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |
| | ) |
| TRACY WILLIAMS | ) ) |
| v. | ) ) ) ) |
| WYETH-AYERST LABORATORIES COMPANY, a division of AMERICAN HOME PRODUCTS CORPORATION, et al. | ) ) ) ) ) ) ) |

MDL DOCKET NO. 1203

**FILED**

**STIPULATION**

APR - 1 1998

MICHAEL E. KUNZ, Clerk

By_____ Dep. Clerk

C.A. No.   98-20012

*PTO #32*

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for

the undersigned parties, that Defendant Ion Laboratories, Inc. shall be dismissed without prejudice

from the above-captioned matter.

DATED this _19th_ day of March, 1998.

MEEHAN & ASSOCIATES

By_____
Michael J. Meehan
Attorneys for Plaintiff

CHANDLER, TULLAR, UDALL & REDHAIR

By_____
Jack Redhair
Attorneys for Defendant Ion Laboratories, Inc.

4/1/98

Meehan & Associates