#100032

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DESFENFLURAMINE PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHARON PEREZ and JOSEPH PEREZ v. SHIRE RICHWOOD, INC., et al. | CIVIL ACTION NO. 98-20026 |

FILED
APR 10 1998
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

PRETRIAL ORDER NO. 33

**AND NOW, TO WIT,** this 9th day of April, 1998, presently before the court is a Joint Stipulation of Dismissal wherein plaintiffs and Ion Laboratories, Inc. by their counsel seek the court's approval of this Joint Stipulation. For the reasons provided for in Fed. R. Civ. P. 23(e) the Motion is **DENIED.**

BY THE COURT:

LOUIS C. BECHTLE, J.