#1203 33

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 10 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203
:
THIS DOCUMENT RELATES TO ALL :
ACTIONS :

PRETRIAL ORDER #34

AND NOW, this 10th day of April, 1998, at a hearing held on April 8, 1998, the court ruled as follows:

1. All motions shall be accompanied by a proposed order.

2. Counsel shall advise the court, one week before a scheduled conference, of any items to be put on the agenda.

3. A hearing is scheduled on objections to First Wave Discovery on April 21, 1998 at 11:00 a.m.

4. The next status conference will be held on May 11, 1998 at 11:00 a.m. in Courtroom 17-B, 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

ATTEST:                          or     BY THE COURT

BY: /s/ _____               _____
       Deputy Clerk                          Judge

Civ 12 (9/83)