IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS
(PHENTERMINE, FENFLURAMINE,
DEXFENFLURAMINE) PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1203

THIS DOCUMENT RELATES TO ALL
ACTIONS

FILED
APR 15 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**PRETRIAL ORDER NO. 36**

AND NOW, TO WIT, this 14th day of April, 1998, the court has received no objection pursuant to Pretrial Order No. 26, dated March 30, 1998 and so IT IS ORDERED that

**GREGORY P. MILLER, ESQUIRE**

of

Miller, Alfano & Raspanti, PC
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Voice: (215) 972-6400
Fax: (215) 981-0082

is hereby formally designated Special Discovery Master in MDL-1203 for the reasons set forth in Pretrial Order No. 26 and he shall enter upon his duties forthwith.

LOUIS C. BECHTLE, J.