# /00035

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : |
| KIM KEITHLINE AND ROBERT KEITHLINE | : C.A. NO. 98-20089 |
| v. | : |
| A.H. ROBINS COMPANY, INC., et al. | : |

PRETRIAL ORDER NO. 35

FILED
APR 15 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, TO WIT, this 15th day of April, 1998, the Motion to Dismiss of Medeva Pharmaceuticals, Inc. is based upon the notion that this defendant was named in an original complaint but this defendant was not named in the amended complaint. To the extent that defendant Medeva Pharmaceuticals, Inc. can be deemed to be a defendant party in Civil Action No. 98-20089 the Motion to Dismiss is **GRANTED**.

**SO ORDERED.**

BY THE COURT:

_____
LOUIS C. BECHTLE,          J.