#/00038

FILED
APR 21 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/: 
Fenfluramine/Dexfenfluramine) :   MDL Docket No. 1203
PRODUCTS LIABILITY LITIGATION :

PRETRIAL ORDER NO. 39

AND NOW, this 21st day of April, 1998, upon consideration of the foregoing Plaintiffs' Management Committee's Motion to Establish Plaintiffs' State Liaison Committee and a Technical Advisor, it is hereby

ORDERED, ADJUDGED, and DECREED that the below named counsel shall be appointed to Plaintiffs' State Liaison Committee:

CO-CHAIRS

| | |
|---|---|
| Daniel Becnel | Louisiana |
| Martin Greitzer | Pennsylvania |

MEMBERS

| | |
|---|---|
| Marvin Blount | North Carolina |
| Margaret Branch | New Mexico |
| John Climaco | Ohio |
| Walter Dumas | Louisiana |
| Michael Gallagher | Texas |
| Wendell Gauthier | Louisiana |
| Andrew Hutton | Kansas |
| Alexander Mac Donald | Massachusetts |
| Michelle Parfitt | Washington, D.C. |
| Joseph Messa | Pennsylvania |

| | |
|---|---|
| John Restaino | California |
| Mark Robinson | California |
| Lynn Sarko | Washington |
| Sybil Shainwald | New York |
| Michael Slack | Texas |
| Duane Smith | Louisiana |
| Marcus Viles | Florida |
| Michael Williams | Oregon |

It is further ORDERED, ADJUDGED, and DECREED THAT Michael Rediker of Alabama shall be appointed Technical Advisor to the Plaintiffs' Management Committee.

BY THE COURT:

Louis C. Bechtle
**Chief Judge Emeritus**