#100039

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: DIET DRUGS (PHENTERMINE,
FENFLURAMINE, DEXFENFLURAMINE

v.

WYETH-AYERST LABORATORIES
COMPANY, AMERICAN HOME,
INTERNEURON PHARMACEUTICALS, INC.
AND A.H. ROBBINS, INC.

MDL. DOCKET NO. 1203

C.A. No. 20124

FILED
APR 21 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO #40

---

ORDER

And now, this 21st day of April, 1998, upon consideration of the Motion of Plaintiff for Leave of Court to Take Video Deposition of Plaintiff, Malcolm Alexander, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED:

Malcolm Alexander is granted leave to schedule his video/stenographic deposition on April 28, 1998.

BY THE COURT:

_____
Chief Judge Emeritus, Louis C. Bechtle