IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 1203

CA NO. 98-20068

TREASA TOWNS and CECIL TOWNS,

Plaintiffs,

v.

A.H. ROBINS COMPANY, INC., et al.,

Defendants.

**FILED**
APR 2 8 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PRETRIAL ORDER NO. 42

This the 28th day of April, 1998, for good cause shown, this action is dismissed as to Interneuron Pharmaceuticals, Inc., which was identified as a defendant in the original Complaint, but which is not a defendant in the Amended Complaint.

BY THE COURT:

_____
LOUIS C. BECHTLE, J.

AKHHF2: 17840_1