#/00042

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
APR 2 8 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203

---

CAROL CASO, etc. : CIVIL ACTION

v. :

LABORATORIES SERVIER, SA, et al.: NO. 98-20006

**PRETRIAL ORDER 43**

AND NOW, this 28th day of April, 1998, presently before the court is a stipulation for extension of time to respond to the complaint. Since the stipulation does not list any reasons for the extension, the stipulation is DENIED.

ATTEST:                              or    BY THE COURT

BY:_____                       _____
   Deputy Clerk                            Judge

Civ 12 (9/83)