#100043

FILED
APR 28 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/  :
FENFLURAMINE/DEXFENFLURAMINE)    :
PRODUCTS LIABILITY LITIGATION    :   MDL DOCKET NO. 1203

**PRETRIAL ORDER** 44

AND NOW, this 28TH day of April, 1998, it is ORDERED that defendants' motions listed below for extension to respond to plaintiff's complaints are GRANTED:

1. Robert Eller v. A.H. Robins, et al., 98-20188, #200081;

2. Wilda N. Carter Nevill v. A. H. Robins, et al., 98-20269, #20080;

3. Sara Carter v. A.H. Robins, et al., 98-20267, #200079;

4. Dianna L. Rhodes v. A.H. Robins, et al., 98-20263, #200078;

5. Teresa Wray Teaster v. Gate Pharmaceuticals, et al., 98-20251, #200077; and

6. Treasa Towns v. A. H. Robins, et al., 98-20068, #200076.

ATTEST:                          or      BY THE COURT

BY:_____                     _____
   Deputy Clerk                          Judge

Civ 12 (9/83)