IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

#/00044

| | |
|---|---|
| IN RE: DIET DRUGS (PHETERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |

MDL DOCKET NO. 1203

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JAMES A. WINDELL, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GATE PHARMACEUTICALS, a Division of Teva Pharmaceuticals, USA, Inc.; SMITHKLINE BEECHAM CORPORATION; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; RICHWOOD PHARMACEUTICALS COMPANY, INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC., A.H. ROBINS COMPANY, INCORPORATED; WYETH-AYERST LABORATORIES COMPANY; AMERICAN HOME PRODUCTS CORPORATION; INTERNEURON PHARMACEUTICALS, INC.; CAMALL COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No.: 2:97-3225-11

98-20110

STIPULATION OF DISMISSAL

FILED
APR 28 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

PTO #45

It appearing unto the Court that the Plaintiff has agreed to DISMISS his Complaint against Medeva Pharmaceuticals, Inc., the Defendant in the above-entitled matter.

IT IS ORDERED that the above captioned Complaint be and hereby is dismissed with prejudice as against Defendant Medeva Pharmaceuticals, Inc.

_____, 1998
~~South Carolina~~

38586