IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHETERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) ) ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | MDL DOCKET NO. 1203 |

**FILED**
APR 2 8 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARY ANN KNIGHT and JOHNNY W. KNIGHT, ) ) ) | Case No.: 2:97-3224-11 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| GATE PHARMACEUTICALS, a Division of Teva Pharmaceuticals, USA, Inc.; SMITHKLINE BEECHAM CORPORATION; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; RICHWOOD PHARMACEUTICALS COMPANY, INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC.; A.H. ROBINS COMPANY, INCORPORATED; WYETH-AYERST LABORATORIES COMPANY; AMERICAN HOME PRODUCTS CORPORATION; INTERNEURON PHARMACEUTICALS, INC.; CAMALLCOMPANY, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STIPULATION OF DISMISSAL

PTO # 46 |
| Defendants. ) ) | |

It appearing unto the Court that the Plaintiffs have agreed to DISMISS their Complaint against Medeva Pharmaceuticals, Inc., the Defendant in the above-entitled matter.

IT IS ORDERED that the above captioned Complaint be and hereby is dismissed with prejudice as against Defendant Medeva Pharmaceuticals, Inc.

_____,1998
_____, South Carolina

4/28/98

38584