#100046

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 2 8 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) :
PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1203
------------------------------------

BONNIE MASSA and ANTHONY MASSA : CIVIL ACTION

v. :

WYETH-AYERST LABORATORIES,
et al. : NO. 98-20365

**PRETRIAL ORDER** 47

AND NOW, this 28TH day of April, 1998, it is ORDERED that plaintiffs' request to voluntarily discontinue the above captioned case is GRANTED. This case is dismissed without prejudice to refile in New York Supreme Court.

ATTEST:                              or    BY THE COURT

BY:_____                 _____
    Deputy Clerk                                    Judge

Civ 12 (9/83)