#/00047

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE) : MDL DOCKET NO. 1203
PRODUCTS LIABILITY LITIGATION :

:
THIS DOCUMENT RELATES :
TO ALL CASES :
:

**FILED**
APR 29 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PRETRIAL ORDER NO. 48

AND NOW, TO WIT, this 29th day of April, 1998, in order that there be no impediment to the progress the parties and the court expect to be made hereafter in order to conform to schedules established and to be established by this court for the consolidation and coordination of all pretrial matters in civil actions transferred here, it is **ORDERED** as follows:

> Any Order heretofore entered in any State or Federal Court in any civil action transferred here under 28 U.S.C. §1407, or otherwise included in MDL-1203 that has the effect of staying or otherwise affecting in any manner any discovery right or obligation of any party in any such civil action is by this Order **VACATED**.

BY THE COURT:

_____
LOUIS C. BECHTLE, J.