IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHETERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) ) ) ) ) _____ ) THIS DOCUMENT RELATES TO ALL ) ACTIONS ) ) | MDL DOCKET NO. 1203 |

**FILED**
APR 3 0 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

98-20108

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LOUIS GOODWIN, ) ) Plaintiff, ) ) v. ) ) GATE PHARMACEUTICALS, a Division of ) Teva Pharmaceuticals, USA, Inc.; ) SMITHKLINE BEECHAM CORPORATION; ) ZENITH GOLDLINE PHARMACEUTICALS, ) INC.; ABANA PHARMACEUTICALS, INC.; ) RICHWOOD PHARMACEUTICALS ) COMPANY, INC.; ION LABORATORIES, INC.) MEDEVA PHARMACEUTICALS, INC., A.H. ) ROBINS COMPANY, INCORPORATED; ) WYETH-AYERST LABORATORIES ) COMPANY; AMERICAN HOME PRODUCTS ) CORPORATION; INTERNEURON ) PHARMACEUTICALS, INC.; ) CAMALL COMPANY, ) ) Defendants. ) ) | Case No.: 2:97-3221-~~By~~ STIPULATION OF DISMISSAL  PTO #51 |

It appearing unto the Court that the Plaintiff has agreed to DISMISS his Complaint against Medeva Pharmaceuticals, Inc., the Defendant in the above-entitled matter.

IT IS ORDERED that the above captioned Complaint be and hereby is dismissed with prejudice as against Defendant Medeva Pharmaceuticals, Inc.

_____ 4/30/98

_____,1998
_____, ~~South Carolina~~
38587