IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHETERMINE/ )
FENFLURAMINE/DEXFENFLURAMINE )
PRODUCTS LIABILITY LITIGATION) )
_____ )   MDL DOCKET NO. 1203
THIS DOCUMENT RELATES TO ALL )
ACTIONS )

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

FILED
APR 30 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

LOUIS GOODWIN, )
                                    )   Case No.: 2:97-3221
              Plaintiff,            )
                                    )   98-20108
              v.                    )
                                    )   STIPULATION OF DISMISSAL
GATE PHARMACEUTICALS, a Division of )
Teva Pharmaceuticals, USA, Inc.;    )
SMITHKLINE BEECHAM CORPORATION;     )
ZENITH GOLDLINE PHARMACEUTICALS,    )
INC.; ABANA PHARMACEUTICALS, INC.;  )
RICHWOOD PHARMACEUTICALS            )
COMPANY, INC.; ION LABORATORIES, INC.)     PTO #51
MEDEVA PHARMACEUTICALS, INC., A.H.  )
ROBINS COMPANY, INCORPORATED;       )
WYETH-AYERST LABORATORIES           )
COMPANY; AMERICAN HOME PRODUCTS     )
CORPORATION; INTERNEURON            )
PHARMACEUTICALS, INC.;              )
CAMALL COMPANY,                     )
                                    )
              Defendants.           )
_____   )

It appearing unto the Court that the Plaintiff has agreed to DISMISS his Complaint against Medeva Pharmaceuticals, Inc., the Defendant in the above-entitled matter.

IT IS ORDERED that the above captioned Complaint be and hereby is dismissed with prejudice as against Defendant Medeva Pharmaceuticals, Inc.

_____, 1998
_____, South Carolina

4/30/98

38587