#100051

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1203 |
| MICHAEL H. GOLDSTEIN and BARBARA RIFON, On behalf of themselves and all others similarly situated : v. : SHIRE RICHWOOD, INC., et al. : | CIVIL ACTION NO. 98-20066 |
| SHARON PEREZ and JOSEPH PEREZ, On behalf of themselves and all others similarly situated : v. : SHIRE RICHWOOD, INC., et al. : | CIVIL ACTION NO. 98-20026 |

FILED
APR 3 0 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PRETRIAL ORDER 52

AND NOW, this 30th day of April, 1998, presently before the court are stipulations of dismissal for the above captioned cases. The court cannot approve these stipulations because the phrase "...on behalf of themselves and all others similiarly situated" appears in the captions of the complaints. That language connotes a class action which can only be dismissed in accordance with F.R.C.P. 23.

ATTEST:                            or    BY THE COURT

BY:_____                      _____
   Deputy Clerk                          Judge