IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BARBARA J. CLARK,

    Plaintiff,

v.

AMERICAN HOME PRODUCTS CORPORATION, et al.,

    Defendants.

MDL No. 1203
Civil Action No: _____

From: United States District Court
District of Minnesota
(Civ. No. 97-2208 (JRT/RLE))

AGREED ORDER FOR LEAVE TO FILE AMENDED ANSWER

PTO # 53

This matter having come before the Court by consent of Plaintiff, Barbara J. Clark, and Defendant Shire Richwood Inc. for an order granting Defendant Shire Richwood Inc. leave to file an amended answer, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised;

IT IS SO ORDERED that defendant Shire Richwood Inc. is granted leave to file an amended answer in the above-captioned matter.

Dated this _____ day of _____, 1998

_____
United States District Court
Eastern District of Pennsylvania
RECEIVED FEB 27 1998

FILED MAY - 6 1998 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

98-20359