#100053

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

MAY - 6 1998

MICHAEL E. KUNZ, Clerk
By ~~ORDER~~ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/
FENFLURAMINE/DEXFENFLURAMINE
PRODUCTS LIABILITY LITIGATION

PTO #54

MDL DOCKET NO. 1203

ORDER

AND NOW, TO WIT, this 6th day of MAY, 1998, upon consideration of Application by Special Discovery Master for Leave to Employ an Administrator, IT IS HEREBY ORDERED that the Application is hereby GRANTED and it is hereby ordered that the Special Discovery Master is permitted to employ Ms. Margaret Ann Kirkpatrick as an administrator and that the time spent by Ms. Kirkpatrick may be the basis for a petition to the Court for reimbursement at a rate of $70.00 per hour as may be reasonably necessary in the administration of the MDL matter.

BY THE COURT:

_____
BECHTLE, J.