\# 100054

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1203 |
| MICHAEL H. GOLDSTEIN and BARBARA RIFON, On behalf of themselves and all others similarly situated : v. : SHIRE RICHWOOD, INC., et al. : | CIVIL ACTION<br><br>NO. 98-20066 |
| SHARON PEREZ and JOSEPH PEREZ, On behalf of themselves and all others similarly situated : v. : SHIRE RICHWOOD, INC., et al. : | CIVIL ACTION<br><br>NO. 98-20026 |
| MARIA ANTONOPOULOS, et al. : v. : WYETH AYERST LABORATORIES, et al. : | CIVIL ACTION<br><br>NO. 98-20001 |

FILED
MAY - 7 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**PRETRIAL ORDER 55**

AND NOW, this 7th day of May, 1998, presently before the court are stipulations of dismissal for the above captioned cases. The court cannot approve these stipulations because the phrase "...on behalf of themselves and all others similiarly situated" appears in the captions of the

complaints. That language connotes a class action which can only be dismissed in accordance with F.R.C.P. 23.

ATTEST:                         or   BY THE COURT

BY:_____        _____
   Deputy Clerk                     Judge

Civ 12 (9/83)