*# /00056*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/    )
Fenfluramine/Dexfenfluramine)     )
PRODUCTS LIABILITY LITIGATION)

MDL Docket No. 1203
MDL Civil Action No. 98-20188

---

TRANSFERRED FROM:

United States District Court for
the Eastern District of North Carolina
Wilmington Division
Civil Action No. 5:97-1030F(1)

**F I L E D**

MAY - 7 1998

**MICHAEL E. KUNZ, Clerk**

By_____ Dep. Clerk

*PTO #57*

| | |
|---|---|
| ROBERT ELLER | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A. H. Robins, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7TH day of _____MAY_____, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

United States District Judge