IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ )<br>Fenfluramine/Dexfenfluramine) )<br>PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203<br>MDL Civil Action No. 98-20068 |

TRANSFERRED FROM:

United States District Court for
the Eastern District of North Carolina
Wilmington Division
Civil Action No. 7-97-183F3

**FILED**

MAY - 7 1998

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

PT0 # 58

| | |
|---|---|
| TREASA TOWNS and<br>CECIL TOWNS )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>A. H. Robins, et al., )<br>)<br>Defendants. ) | ORDER OF DISMISSAL |

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) INTERNEURON PHARMACEUTICALS, INC. and THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge