# /00058

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203<br>MDL Civil Action No. 98-20240 |

TRANSFERRED FROM:

United States District Court for
the District of New Jersey
Newark Division
Civil Action No. 97 5458 (JAG)

**FILED**

MAY - 7 1998

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

| | |
|---|---|
| Jeanne S. Juliano and<br>Nicholas Juliano<br><br>Plaintiffs,<br><br>vs.<br><br>A. H. Robins, et al.,<br><br>Defendants. | PTO #59<br><br>ORDER OF DISMISSAL |

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) THE UPJOHN COMPANY and INTERNEURON PHARMACEUTICALS, INC. should be dismissed from this action as a named defendant.

It is hereby, this 2TH day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

Thomas D. Rogers
Beth J. Laddaga
H. Blair Hahn
Ness, Motley, Loadholt, Richardson and Poole

Jon L. Gelman

ATTORNEYS FOR PLAINTIFF(S)