#1/00059

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203 MDL Civil Action No. 98-20089 |

TRANSFERRED FROM:

United States District Court for
the Eastern District of North Carolina
Southern Division - Wilmington
Civil Action No. 7-97-184BR(1)

| | |
|---|---|
| KIM KEITHLINE and ROBERT KEITHLINE, Plaintiffs, vs. A. H. Robins, et al., Defendants. | FILED MAY - 7 1998 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk PTO #60 ORDER OF DISMISSAL |

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) GATE PHARMACEUTICALS, a division of Teva Pharmaceuticals, USA, Inc.; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; SHIRE RICHWOOD, INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC.; INTERNEURON PHARMACEUTICALS, INC.; and CAMALL COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7TH day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers, Esquire
Beth J. Laddaga, Esquire
H. Blair Hahn, Esquire
NESS, MOTLEY, LOADHOLT,
    RICHARDSON & POOLE

and

Roddey M. Brown, III, Esquire
BROWN & BROWN

ATTORNEYS FOR PLAINTIFF(S)