#/10061

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ )<br>Fenfluramine/Dexfenfluramine) )<br>PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203<br>MDL Civil Action No. 98-20153 |

TRANSFERRED FROM:

United States District Court for
the District of Arizona
Phoenix Division
Civil Action No. 97-2133PHXPGR

MARSHA L. RAWLS,          )
                          )
            Plaintiff,    )
                          )
vs.                       )
                          )
A. H. Robins, et al.,     )
                          )
            Defendants.   )

**FILED**
MAY - 7 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO #62

ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s), INTERNEURON PHARMACEUTICALS, INC. and THE UPJOHN CORPORATION should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and

each party shall bear its own costs. SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers, Esquire
Beth J. Laddaga, Esquire
H. Blair Hahn, Esquire
Ness, Motley, Loadholt, Richardson
and Poole

and

Van O'Steen, Esquire
Van O'Steen and Partners