# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ )<br>Fenfluramine/Dexfenfluramine) )<br>PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203<br>MDL Civil Action No. 98-20152 |

TRANSFERRED FROM:

United States District Court for
the District of Arizona
Phoenix Division
Civil Action No.97-2132PHXPGR

JOAN M. PACHECO and
MICHAEL W. PACHECO,

        Plaintiffs,

vs.

A. H. Robins, et al.,

        Defendants.

**FILED**
MAY - 7 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO # 63

### ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s), GATE PHARMACEUTICALS, a Division of Teva Pharmaceuticals, USA, Inc.; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; RICHWOOD PHARMACEUTICAL COMPANY, INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC.; and CAMALL COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 27TH day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers, Esquire
Beth J. Laddaga, Esquire
H. Blair Hahn, Esquire
Ness, Motley, Loadholt, Richardson and Poole

and

Van O'Steen, Esquire
Van O'Steen and Partners

ATTORNEYS FOR PLAINTIFF(S)