IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ ) <br> Fenfluramine/Dexfenfluramine) ) <br> PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203 <br> MDL Civil Action No. 98-20109 |

TRANSFERRED FROM:

United States District Court for
the District of South Carolina
Charleston Division
Civil Action No. 2:97 3224-11

FILED
MAY - 7 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO #64

| | |
|---|---|
| Mary Ann Knight and <br> Johnny W. Knight, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> A. H. Robins, et al., ) <br> ) <br> Defendants. ) | ORDER OF DISMISSAL |

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) GATE PHARMACEUTICALS, a division of Teva Pharmaceuticals, USA, Inc.; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; SHIRE RICHWOOD PHARMACEUTICALS COMPANY, INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC. INTERNEURON PHARMACEUTICALS,; and CAMALL COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs.  SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers
Beth J. Laddaga
H. Blair Hahn
Ness, Motley, Loadholt, Richardson
and Poole

ATTORNEYS FOR PLAINTIFF(S)