#/00066

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/ ) MDL Docket No. 1203
Fenfluramine/Dexfenfluramine) ) MDL Civil Action No. 98-20196
PRODUCTS LIABILITY LITIGATION)

TRANSFERRED FROM:

United States District Court for
the District of Utah
Central Division
Civil Action No. 2:97 0134C

Leslie Ann Byram, )
)
)
Plaintiff, )
)
vs. )  ORDER OF DISMISSAL
)
A. H. Robins, et al., )
)
Defendants. )

FILED
MAY - 7 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO #67

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC., a subsidiary of JONES MEDICAL INDUSTRIES, INC.; SHIRE RICHWOOD, INC.; ION LABORATORIES, INC., MEDEVA PHARMACEUTICALS, INC., CAMALL COMPANY, GATE PHARMACEUTICALS, a division of Teva Pharmaceuticals and INTERNEURON PHARMACEUTICALS, INC. should be dismissed from this action as a named defendant.

It is hereby, this 7TH day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers
Beth J. Laddaga
H. Blair Hahn
Ness, Motley, Loadholt, Richardson
and Poole

James Esparza
James Esparza and Associates

ATTORNEYS FOR PLAINTIFF(S)