#/CV067

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ )<br>Fenfluramine/Dexfenfluramine) )<br>PRODUCTS LIABILITY LITIGATION) | MDL Docket No. 1203<br>MDL Civil Action No. 98-20105 |

TRANSFERRED FROM:

United States District Court for
the District of South Carolina
Charleston Division
Civil Action No. 2:97-3140-11

**FILED**

MAY - 7 1998

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

| | |
|---|---|
| Dorothy S. Smith, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>A. H. Robins, et al., )<br>)<br>Defendants. ) | PTC# 68<br><br>ORDER OF DISMISSAL |

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) INTERNEURON PHARMACEUTICALS, INC. and THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and

each party shall bear its own costs.  SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers
Beth J. Laddaga
H. Blair Hahn
Ness, Motley, Loadholt, Richardson
and Poole

ATTORNEYS FOR PLAINTIFF