#/00068

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ ) | MDL Docket No. 1203 |
| Fenfluramine/Dexfenfluramine) ) | MDL Civil Action No. 98-20061 |
| PRODUCTS LIABILITY LITIGATION) | |

TRANSFERRED FROM:

United States District Court for
the District of West Virginia
Huntington Division
Civil Action No. 3:97 0994

Mavis J. Walker          )
                         )
                         )
              Plaintiffs,)
                         )
vs.                      )
                         )
A. H. Robins, et al.,    )
                         )
              Defendants.)

FILED

MAY - 7 1998

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO #69

ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC; SHIRE RICHWOOD PHARMACEUTICALS; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC.; and CAMALL COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

_____
Thomas D. Rogers, Esquire
Beth J. Laddaga, Esquire
H. Blair Hahn, Esquire
Ness, Motley, Loadholt, Richardson and Poole

Troy N. Giatras, Esquire
GIATRAS & WEBB

ATTORNEYS FOR PLAINTIFF(S)