#/00070

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/ ) | MDL Docket No. 1203 |
| Fenfluramine/Dexfenfluramine) ) | MDL Civil Action No. 98-20181 |
| PRODUCTS LIABILITY LITIGATION) | |

TRANSFERRED FROM:

United States District Court for
the District of Texas
Houston Division
Civil Action No. H 97-3691

MICHAELA BROWN and )
WALTER RAY BROWN, SR., )
            )
        Plaintiffs, )
            )
vs.         )
            )
A. H. Robins, et al., )
            )
        Defendants. )

**FILED**

MAY - 7 1998

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

PTO # 71

ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) INTERNEURON PHARMACEUTICALS, INC. and THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge