*# 100072*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/  )    MDL Docket No. 1203
Fenfluramine/Dexfenfluramine)  )    MDL Civil Action No. 98-20175
PRODUCTS LIABILITY LITIGATION)

TRANSFERRED FROM:

United States District Court for
the District of Texas
Houston Division
Civil Action No. H97-3685

|  |  |
|---|---|
| JACQUELINE DEVAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A. H. Robins, et al., | )     ORDER OF DISMISSAL |
| | ) |
| Defendants. | ) |

*PTO # 73*

*ENTERED: 5/7/98*

*CLERK OF COURT*

    This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court

having considered the matter, and it appearing to the satisfaction of this Court that the

Defendant(s) THE UPJOHN COMPANY should be dismissed from this action as a

named defendant.

    It is hereby, this 7TH day of _____MAY_____, 1998, ORDERED that the

above-named defendant(s) be and the same are hereby dismissed without prejudice, and

each party shall bear its own costs.  SO ORDERED.

_____
United States District Judge