#100073

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS (Phentermine/ )   MDL Docket No. 1203
Fenfluramine/Dexfenfluramine) )   MDL Civil Action No. 98-20184
PRODUCTS LIABILITY LITIGATION) )

TRANSFERRED FROM:

United States District Court for
the District of Texas
Houston Division
Civil Action No. H97-3694

ENTERED: 5/7/98
CLERK OF COURT

LEISA D. FRIERSON, )
                   )
     Plaintiff,    )
                   )
vs.                )
                   )
A. H. Robins, et al., )
                   )
     Defendants.   )

FILED
MAY 7 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

PTO #74

ORDER OF DISMISSAL

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) THE UPJOHN COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7TH day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

_____
United States District Judge