#100078

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION) | ) ) ) | MDL Docket No. 1203 MDL Civil Action No. 98-20178 |

TRANSFERRED FROM:

United States District Court for
the District of Texas
Houston Division
Civil Action No. H97-3688

FILED
7 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

CHARLOTTE MILLER, )
                                  )
         Plaintiff,  )
                                  )
vs.                            )
                                  )
A. H. Robins, et al.,  )    ORDER OF DISMISSAL
                                  )
        Defendants.  )

PTO #79

This cause coming to be heard pursuant to Fed. R. Civ. P. 41(a)(2), this Court having considered the matter, and it appearing to the satisfaction of this Court that the Defendant(s) GATE PHARMACEUTICALS, a Division of Teva Pharmaceuticals, USA, Inc.; ZENITH GOLDLINE PHARMACEUTICALS, INC.; ABANA PHARMACEUTICALS, INC.; SHIRE RICHWOOD INC.; ION LABORATORIES, INC.; MEDEVA PHARMACEUTICALS, INC.; INTERNEURON PHARMACEUTICALS, INC.; CAMALL COMPANY should be dismissed from this action as a named defendant.

It is hereby, this 7th day of MAY, 1998, ORDERED that the above-named defendant(s) be and the same are hereby dismissed without prejudice, and each party shall bear its own costs. SO ORDERED.

United States District Judge

WE SO MOVE pursuant to Fed. R. Civ. P. 41(a)(2):

Thomas D. Rogers, Esquire
Beth J. Laddaga, Esquire
H. Blair Hahn, Esquire
Ness, Motley, Loadholt, Richardson
and Poole

and

Jim S. Adler, Esquire
JIM S. ADLER, P.C.

ATTORNEYS FOR PLAINTIFF(S)

ENTERED: 5/7/98

CLERK OF COURT