```
                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | )<br>)   MDL NO. 1203<br>) |
| ──────────────────────────────── | ) |
| THIS DOCUMENT RELATES TO: | ) |
| SHEILA BROWN, et al. | ) |
| v. | )   CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS<br>CORPORATION | )<br>) |

**MEMORANDUM AND PRETRIAL ORDER NO. _____**

AND NOW, on this \_\_\_\_ day of November, 2007, it is hereby ORDERED that the motion of Verna Rex for a two week extension of time to respond to the joint motion to approve the amended stipulation regarding Matrix Audits performed by Auditing Cardiologist Robert Schlesinger is DENIED as MOOT. <u>See</u> Pretrial Order No. 7464.

BY THE COURT:

_____
                                                              C.J.