IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA RIGHETTI v. WYETH, INC., f/k/a American Home Products Corporation, WYETH-AYERST PHARMACEUTICALS, INC., f/k/a Wyeth Laboratories, Inc. | CIVIL ACTION NO. 07-20144 |

PRETRIAL ORDER NO. 8206

AND NOW, this 26th day of June, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Wyeth, Inc. to preclude plaintiff's expert witness, Steven Kawut, M.D., from testifying at the trial of this matter and to preclude the plaintiff and her counsel from consulting any further with Dr. Kawut is GRANTED.

BY THE COURT:

_____
C.J.