IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1203 |
| LORETTO C. NARDUCCI and THOMAS A. NARDUCCI, h/w | ) ) ) | |
| v. | ) ) | |
| WYETH, INC. | ) | CIVIL ACTION NO. 08-20006 |

Pretrial ORDER No. 8209

AND NOW, this 30th day of June, 2009, it is hereby

ORDERED that the motion of the plaintiffs to amend the caption of

the complaint and to remand this matter to the Court of Common

Pleas of Philadelphia County is DENIED.

BY THE COURT:

_____ C.J.