IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8215

AND NOW, on this 1st day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is REVERSED and that claimants Phyllis Mire and her spouse, Lloyd Mire, are entitled to Matrix A-1, Level II Benefits. The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805, and shall reimburse claimant for any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_Harvey Bartle_
C.J.