IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1203 |
| EDDIE TUCKER, JR. | : CIVIL ACTION |
| v. | : |
| WYETH, f/k/a AMERICAN HOME PRODUCTS, et al. | : NO. 03-20082 |

**PRETRIAL ORDER NO. 8304**

AND NOW, this 29th day of September, 2009, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth for summary judgment on medical causation is GRANTED; and

(2) judgment is entered in favor of Wyeth and against the plaintiff, Eddie Tucker, Jr.

BY THE COURT:

_____ C.J.