IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1203 |
| This document relates to: : BRUNETTA ADAMS v. WYETH, et al. : | NO. 04-29688 |

PRETRIAL ORDER NO. 8331

AND NOW, this 27th day of October, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiff, Brunetta Adams, to remand is DENIED; and

(2) all claims against defendant, Kevin Scott McQueen, are DISMISSED.

BY THE COURT:

_____
C.J.