IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1203 |
| ) ) THIS DOCUMENT RELATES TO: ) ) SHEILA BROWN, et al. ) ) v. ) ) AMERICAN HOME PRODUCTS ) CORPORATION ) | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

## PRETRIAL ORDER NO. 8425

AND NOW, on this 11th day of March, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A-1, Level III claim submitted by claimant Joseph A. Lagatutta is DENIED. Claimant Joseph A. Lagatutta is entitled only to Matrix B-1, Level III benefits.

BY THE COURT:

_/s/ Harvey Bartle_
C.J.