IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : : : : : | MDL DOCKET NO. 1203 |
| BENJAMIN C. RIGGS, JR. d/b/a RESOURCE MANAGEMENT COMPANY : : : v. : : WYETH, INC. a/k/a WYETH, AND : AHP SETTLEMENT TRUST : : | NO. 09-20008 |

## PRETRIAL ORDER NO. 9481

AND NOW, this 4th day of June, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant AHP Settlement Trust to dismiss this action as to it for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is GRANTED; and

(2) the motion of defendant AHP Settlement Trust to dismiss this action for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure is DENIED as moot.

BY THE COURT:

_____ C.J.