IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   )
FENFLURAMINE/DEXFENFLURAMINE)   )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION   )
_____ )
  )
THIS DOCUMENT RELATES TO:   )
  )
SHEILA BROWN, et al.   )
  )    CIVIL ACTION NO. 99-20593
        v.   )
  )
AMERICAN HOME PRODUCTS   )    2:16 MD 1203
CORPORATION   )

## PRETRIAL ORDER NO. 8519

AND NOW, this 20th day of August, 2010, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and that the Matrix A-1, Level II claim
submitted by claimant Wanda Walker is DENIED.

BY THE COURT:

_____
                              C.J.