IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | )<br>) MDL NO. 1203<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>) |
| SHEILA BROWN, et al. | )<br>) CIVIL ACTION NO. 99-20593 |
| v. | )<br>) |
| AMERICAN HOME PRODUCTS<br>CORPORATION | ) 2:16 MD 1203<br>) |

## PRETRIAL ORDER NO. 8521

AND NOW, this 31st day of August, 2010, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that the final post-audit determination of the AHP Settlement

Trust is AFFIRMED and that the Matrix A-1, Level II claim

submitted by claimant Sadie R. Tafoya is DENIED.

BY THE COURT:

Harvey Bartle
C.J.