IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

### PRETRIAL ORDER NO. 8594

AND NOW, this 2nd day of February, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level IV claims submitted by claimant Richard M. Farr and his child, Heather E. Farr, are DENIED. Claimant Richard M. Farr and his child, Heather E. Farr, are entitled only to Matrix B, Level IV benefits.

It is further ORDERED that the Omnibus Motion Regarding Claim of Richard Farr for Matrix A Benefits and Discovery of Fraudulent Tampering of Audit Results (Document No. 2665 (99-cv-20593), Document No. 208577 (12-md-1203)) is DENIED.

BY THE COURT:

/s/ Harvey Bartle
C.J.