IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   )
FENFLURAMINE/DEXFENFLURAMINE)   )     MDL NO. 1203
PRODUCTS LIABILITY LITIGATION   )
  )
THIS DOCUMENT RELATES TO:   )
  )
SHEILA BROWN, et al.   )
  )     CIVIL ACTION NO. 99-20593
      v.   )
  )
AMERICAN HOME PRODUCTS   )     2:16 MD 1203
CORPORATION   )

PRETRIAL ORDER NO. 8609

AND NOW, this 15th day of February, 2011, for the

reasons set forth in the accompanying Memorandum, it is hereby

ORDERED that the final post-audit determination of the AHP

Settlement Trust is REVERSED and that the Estate of Lanell Botts,

and the spouse of the late Lanell Botts, Thomas H. Botts, are

entitled to Matrix B, Level V benefits. The Trust shall pay such

benefits in accordance with the terms of the Settlement Agreement

and Pretrial Order No. 2805, and shall reimburse the Estate for

any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_____
                               C.J.