IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:12 MD 1203 |

## PRETRIAL ORDER NO. 8636

AND NOW, this 20th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that James B. Kozma's Motion to Have a Second Echocardiogram, Dated May 11, 2006, Reviewed by the Fund Administrator (Docket No. 2:12 MD 1203, Document No. 209034) is DENIED.

BY THE COURT:

_____
C.J.