IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: CELESTE NAPOLI, v. PFIZER, INC., WYETH LLC, F/K/A/ AMERICAN HOME PRODUCTS CORPORATION, AND STUART A. BUSSEY, M.D. | CIVIL ACTION NO. 12-20001 2:11 MD 1203 |

PRETRIAL ORDER NO. 8901

AND NOW, this 28th day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to remand this action to the Superior Court of California, County of Los Angeles is GRANTED.

BY THE COURT:

_Harvey Bartle_ J.