IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ )
FENFLURAMINE/DEXFENFLURAMINE) ) MDL NO. 1203
PRODUCTS LIABILITY LITIGATION )
 )
_____)
 )
THIS DOCUMENT RELATES TO: )
 )
SHEILA BROWN, et al. )
 ) CIVIL ACTION NO. 99-20593
    v. )
 )
AMERICAN HOME PRODUCTS ) 2:16 MD 1203
CORPORATION )

## PRETRIAL ORDER NO. 8908

AND NOW, on this 10th day of July, 2012, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and the Matrix A, Level II claims submitted by
claimants Rhonda Leaf and her spouse, Mark D. Leaf, are DENIED.

BY THE COURT:

Harvey Bartle, J.