IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: LIZA VALIDO-SHADE, et al. v. WYETH, LLC, et al. | CIVIL ACTION NO. 12-20003 |

PRETRIAL ORDER NO. 8910

AND NOW, this 10th day of July, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Liza Valido-Shade and Tim Shade to remand this action to the Court of Common Pleas of Philadelphia County (Doc. #4) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.