IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   )
FENFLURAMINE/DEXFENFLURAMINE)   )   MDL NO. 1203
PRODUCTS LIABILITY LITIGATION   )
_____ )
  )
THIS DOCUMENT RELATES TO:   )
  )
SHEILA BROWN, et al.   )
  )   CIVIL ACTION NO. 99-20593
    v.   )
  )
AMERICAN HOME PRODUCTS   )
CORPORATION   )

PRETRIAL ORDER NO. 8951

    AND NOW, this 25th day of October, 2012, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and that the Matrix A, Level II claims
submitted by claimant Doris F. Leggitt and her spouse, William P.
Leggitt, are DENIED.

         BY THE COURT:

         _____
                   J.