IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/          )
FENFLURAMINE/DEXFENFLURAMINE)            )     MDL NO. 1203
PRODUCTS LIABILITY LITIGATION            )
———————————————————————————————         )
                                         )
THIS DOCUMENT RELATES TO:                )
                                         )
SHEILA BROWN, et al.                     )
                                         )     CIVIL ACTION NO. 99-20593
          v.                             )
                                         )
AMERICAN HOME PRODUCTS                   )     2:16 MD 1203
CORPORATION                              )

PRETRIAL ORDER NO. 8974

AND NOW, this 27th day of November, 2012, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is AFFIRMED and that the Matrix A, Level II
claims submitted by claimant Barbara Carter and her spouse,
Roy M. Carter, are DENIED.

                              BY THE COURT:

                              _____
                                                      J.