IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO:<br><br>SHEILA BROWN, et al.<br><br>v.<br><br>AMERICAN HOME PRODUCTS<br>CORPORATION | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 8984

AND NOW, this 12th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Sherry J. Sifford to determine registration for benefits under the terms of the Diet Drug Settlement Agreement as it existed before the Seventh Amendment and motion to process her claim for Category Two Benefits (Dkt. No. 2:99-cv-20593, Doc. No. 3894; Dkt. No. 2:12-md-1203, Doc. No. 209209) are DENIED;

(2) the motion of Sherry J. Sifford to grant prior motions as uncontested, or in the alternative, motion for oral hearing on the prior motions (Dkt. No. 2:99-cv-20593, Doc. No. 4038) is DENIED; and

(3) the motion of Sherry J. Sifford to file supplemental brief in reply to the response of AHP Settlement

Trust (Dkt. No. 2:99-cv-20593, Doc. No. 4076; Dkt. No. 2:12-md-1203, Doc. No. 209305) is GRANTED and the Clerk is directed to docket her reply.

BY THE COURT:

_____ J.