IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/     )
FENFLURAMINE/DEXFENFLURAMINE)    )     MDL NO. 1203
PRODUCTS LIABILITY LITIGATION     )
                               )
                               )
THIS DOCUMENT RELATES TO:        )
                               )
SHEILA BROWN, et al.            )
                               )     CIVIL ACTION NO. 99-20593
         v.              )
                               )
AMERICAN HOME PRODUCTS         )
CORPORATION                   )

## PRETRIAL ORDER NO. 8989

AND NOW, this 8th day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED as follows that:

(1)   the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level II claim submitted by claimant Nicholas Napora is DENIED;

(2)   the motion for relief from the Seventh Amendment (Docket No. 2:12-md-1203, Doc. No. 208581) is DENIED;

(3)   the motion for Seventh Amendment monthly reports and information on how actual claims are being reviewed (Docket No. 2:12-md-1203, Doc. No. 208586) is DENIED;

(4)   the motion for disclosure of all auditor pass rates (Docket No. 2:12-md-1203, Doc. No. 208614) is DENIED;

(5)   the motion of Wyeth for an extension of time to reply to the motion for disclosure of all auditor pass rates (Docket No. 2:12-md-1203, Doc. No. 208634) is GRANTED;

(6)   the motion to cease all activity at the Trust and for a full investigation into the Trust's auditing cardiologists, and appointment of a special investigator to investigate claims of intentional material misrepresentation (Docket No. 2:12-md-1203, Doc. No. 208711) is DENIED;

(7)   the motion for an order directing the Trust to turn over evidence, conclusions, expert opinions, and lawyer conversations that factored into his final post-audit determination (Docket No. 2:12-md-1203, Doc. No. 208754) is DENIED;

(8)   the motion for relief from the Seventh Amendment (Docket No. 2:12-md-1203, Doc. No. 208757) is DENIED;

(9)   the motion for leave to file a rebuttal to the opinion of the auditor (Docket No. 2:12-md-1203, Doc. No. 209084) is DENIED; and

(10)   the motion for relief and release of funds from the Seventh Amendment (Docket No. 2:99-cv-20593, Doc. No. 4358; Docket No. 2:12-md-1203, Doc. No. 209352) is DENIED.

BY THE COURT:

_____  J.