IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |
| THIS DOCUMENT RELATES TO: CHRISTA McNUTT v. WYETH, INC., f/k/a AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 12-20010 |

PRETRIAL ORDER NO. 8991

AND NOW, this 16th day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Wyeth pursuant to PTO No. 2382 to enforce PTO No. 1415 as to class member Christa McNutt (Doc. #2) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.