IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ )
FENFLURAMINE/DEXFENFLURAMINE) )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION )
                                            )
_____ )
THIS DOCUMENT RELATES TO:        )
                                            )
SHEILA BROWN, et al.             )
                                            )    CIVIL ACTION NO. 99-20593
            v.                        )
                                            )
AMERICAN HOME PRODUCTS           )    2:16 MD 1203
CORPORATION                      )
                                            )
_____ )
THIS DOCUMENT RELATES TO:        )
                                            )
LINDA MILO                       )
                                            )
            v.                        )
                                            )
PFIZER, et al.                   )
                                            )
_____ )

PRETRIAL ORDER NO. 9037

            AND NOW, this 2nd day of April, 2013, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that:

            (1)  the motion of Wyeth to enjoin pursuant to PTO No.

2383 as to class member Linda Milo (Doc. #4655) is GRANTED; and

            (2)  plaintiff is enjoined from pursuing her lawsuit,

Milo v. Pfizer, et al., Court of Common Pleas of Philadelphia

County, May Term, 2011, Case No. 00047.

                              BY THE COURT:

                              _____
                                                          J.