IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: RICHARD FOSTER and CAROLYN FOSTER v. WYETH, et al. | CIVIL ACTION NO. 99-20593 |

## PRETRIAL ORDER NO. 9051

AND NOW, this 26th day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enjoin pursuant to Pretrial Order No. 2383 as to class member Richard Foster (Doc. #4683) is GRANTED; and

(2) plaintiffs are enjoined from pursuing their lawsuit, Foster v. Wyeth Pharmaceuticals, Inc., C.P. Phila., Dec. Term, 2012, No. 3664.

BY THE COURT:

_____ J.