IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | CIVIL ACTION NO. 99-20593 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

### PRETRIAL ORDER NO. 9073

AND NOW, this 22nd day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determinations of the AHP Settlement Trust are AFFIRMED and that the Matrix A, Level II claims submitted by claimant Carol LaFleur and her spouse, Kevin R. LaFleur, are DENIED.

BY THE COURT:

_____
J.