IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET No. 1203 |
| JENNIFER HEINEMAN, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| AMERICAN HOME PRODUCTS CORPORATION, et al. | : : | NO. 12-20002 |

<u>PRETRIAL ORDER NO. 9099</u>

AND NOW, this 26th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Wyeth to transfer venue under 28 U.S.C. § 1404(a) to the District of Colorado is GRANTED.

BY THE COURT:

_____
Harvey Bartle J.