IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

### PRETRIAL ORDER NO. 9110

AND NOW, this 10th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level V claims submitted by the Estate of Charlene Majurski and Ms. Majurski's spouse, Brian D. Majurski, are DENIED. The Estate of Charlene Majurski and Ms. Majurski's spouse, Brian D. Majurski, are entitled only to Matrix B, Level V Benefits.

BY THE COURT:

Harvey Bartle J.