IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| SHEILA BROWN, et al. | ) ) | CIVIL ACTION NO. 99-20593 |
| v. | ) ) | |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 9112

AND NOW, this 11th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level II claims submitted by claimant Debbie Gordon and her spouse, Lee Gordon, are DENIED; and

(2)  the motion of claimant Debbie Gordon to enforce the Settlement Agreement (Dkt. No. 2:99-cv-20593-HB; Doc. No. 3129) is DENIED.

BY THE COURT:

_____
J.