IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

## PRETRIAL ORDER NO. 9114

AND NOW, this 23rd day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A-1, Level II claim submitted by claimant Debra A. West is DENIED; and

(2) the motion of claimants Debra A. West and others to enforce PTO No. 5632 or, alternatively, to set aside PTO No. 5632 and to compel production of documents (Dkt. No. 2:99-cv-20593; Doc. No. 2791) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.