IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1203 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| SHEILA BROWN, et al. | ) | |
| | ) | CIVIL ACTION NO. 99-20593 |
| v. | ) | |
| | ) | |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 9141

AND NOW, this 18th day of September, 2013, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is REVERSED and that claimants Karen L. Clark
and her spouse, Larry Clark, are entitled to Matrix A, Level V
Matrix Benefits.  The Trust shall pay such benefits in accordance
with the terms of the Settlement Agreement and Pretrial Order
No. 2805 and shall reimburse claimant for any Technical Advisor
costs incurred in the show cause process.

BY THE COURT:

_____ J.