IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

**PRETRIAL ORDER NO. 9162**

AND NOW, this 13th day of November, 2013, upon consideration of the motion of Janice E. Madkins (Doc. No. 4929) for reconsideration of Pretrial Order ("PTO") No. 7666, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion is GRANTED in part, DENIED in part;

(2) PTO No. 9150 is VACATED;

(3) the Report and Award dated December 28, 2012 concerning the claim of Ms. Madkins is VACATED; and

(4) the October 16, 2013 request of Ms. Madkins to consider "additional enclosed 'progress notes'" is referred to the Chair of the Arbitration Panel for disposition pursuant to Rule 9.b. of the Rules Governing Arbitration Process.

BY THE COURT:

Harvey Bartlett, J.