IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/   )
FENFLURAMINE/DEXFENFLURAMINE)   )   MDL NO. 1203
PRODUCTS LIABILITY LITIGATION   )
_____)
   )
THIS DOCUMENT RELATES TO:   )
   )
SHEILA BROWN, et al.   )   CIVIL ACTION NO. 99-20593
   )
       v.   )
   )
AMERICAN HOME PRODUCTS   )   2:16 MD 1203
CORPORATION   )

PRETRIAL ORDER NO. 9200

AND NOW, this 29th day of January, 2014, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is AFFIRMED and that the Matrix A-1, Level V
claim submitted by claimant Courtney J. Solberg is DENIED.
Claimant Courtney J. Solberg is entitled only to Matrix B-1,
Level III benefits.

BY THE COURT:

_____
                                 J.