IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS | : | MDL DOCKET NO. 1203 |
| (PHENTERMINE, FENFLURAMINE, | : | |
| DEXFENFLURAMINE) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| _____ | : | |
| MAY NIEH, | : | |
| | : | |
| v. | : | |
| | : | |
| WYETH LLC, et al. | : | NO. 13-20008-HB |

PRETRIAL ORDER NO. 9234

AND NOW, this 13th day of May, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ordered that the motion of plaintiff to remand this action to the Superior Court of California is DENIED.

BY THE COURT:

_____ J.