IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : |
| JAMES McGREW, Individually and as Administrator of the Estate of CAROLYN McGREW, | : |
| v. | : |
| WYETH LLC, et al. | : NO.: 13-20007-HB |

**PRETRIAL ORDER NO. 9238**

AND NOW, this 14th day of May, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ordered that the motion of plaintiff to remand this action to the Superior Court of California is DENIED.

BY THE COURT:

_Harvey Bartle_ J.