IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/     :       MDL NO. 1203
FENFLURAMINE/DEXFENFLURAMINE)     :
PRODUCTS LIABILITY LITIGATION       :
                                        :
THIS DOCUMENT RELATES TO:         :
                                        :
SHEILA BROWN, et al.             :
                                        :
          v.                   :
                                        :
AMERICAN HOME PRODUCTS CORP.       :       NO. 99-20593
                                        :

## PRETRIAL ORDER NO. 9294

AND NOW, this 17th day of June, 2014, upon consideration of the Joint Petition for an Award of Attorneys' Fees and Expense Reimbursements Relating to Common Benefit Work Performed from January 1, 2013 through December 31, 2013 and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. As used herein, the "2013 Joint Fee Applicants" means: (a) Cummings, Cummings & Dudenhefer and (b) Levin, Fishbein, Sedran & Berman.

2. The court hereby approves the reimbursement of $58,336.37 in litigation expenses incurred by the 2013 Joint Fee Applicants, including amounts previously approved by the court or advanced pursuant to order of the court, to be paid, reimbursed and/or allocated as follows:

a.   Prior expense reimbursements in the
     amount of $24,730.87 shall be
     attributed to the MDL 1203 Fee and
     Cost Account as having been
     properly and finally allocated to
     that Account for payment;

b.   Within twenty days from the date of this
     Order, the AHP Settlement Trust ("Trust")
     shall transfer the amount of $24,730.86 to
     the Escrow Agent for the MDL 1203 Fee and
     Cost Account to reimburse that account for
     expense reimbursements previously paid from
     that Account which should ultimately be paid
     by the Settlement Fund under Sections
     III.B.2, III.C.3 and VIII.E.1 of the
     Settlement Agreement; and

c.   Within twenty days from the date of this
     Order, the Trust shall pay the following
     amounts from the Settlement Fund and the
     Escrow Agent for the MDL 1203 Fee and Cost
     Account shall pay the following amounts from
     the MDL 1203 Fee and Cost Account to the
     following 2013 Joint Fee Applicants to
     reimburse them for previously unreimbursed
     litigation expenses incurred and paid by
     them:

| Joint Fee Applicant | Amount to be Paid by the Trust | Amount to be Paid by the MDL 1203 Fee and Cost Account |
| --- | --- | --- |
| Levin, Fishbein, Sedran & Berman | $3,895.04 | $3,895.03 |
| Cummings, Cummings & Dudenhefer | $ 542.29 | $ 542.28 |

3.   The court hereby authorizes the termination of the
consolidated Fund A Escrow Account and directs PNC Bank as Escrow
Agent for the consolidated Fund A Escrow Account to pay to the
Trust the net amount remaining in the consolidated Fund A Escrow
Account with such net amount to be included in the Trust's

payment of such fees as it is authorized herein to distribute to
the 2013 Joint Fee Applicants.

       4.  In addition to the amounts previously awarded in
Pretrial Order Nos. 7763A, 8516, 8646, 8869, and 9102, the court
hereby awards the 2013 Joint Class Fee Applicants an attorneys'
fee in the aggregate amount of $1,026,425 to compensate the 2013
Joint Class Fee Applicants for work performed by them during the
period from January 1, 2013 to December 31, 2013.  To the extent
not funded by the balance transferred from the Fund A Escrow
Account to the Trust pursuant to paragraph 3 of this Order, this
fee award is to be funded by Wyeth and paid by the Trust in
accordance with the terms of the Stipulation Between Wyeth and
Class Counsel with Regard to the Funding of Future Awards of
Class-Related
Fees previously approved by this court.

       5.  The aggregate award of fees as set forth in the
preceding paragraph of this Order shall be allocated among and
distributed and paid to the following law firms/attorneys in the
following amounts:

| 2013 Joint Class Fee Applicant | Allocable Percentage | Payment Amount |
|---|---|---|
| Cummings, Cummings & Dudenhefer | 7.96% | $ 81,725 |
| Levin, Fishbein, Sedran & Berman | 92.04% | $944,700 |

6.   No earlier than twenty days after the date of this
Order and as soon thereafter as is commercially reasonable, the
Trust shall disburse the payments set forth in paragraph 5 of
this Order.   The Trust shall make such payments by check and
shall deliver such checks to the payees by overnight courier in a
manner that generates a written acknowledgment of receipt by the
payees.

7.   In addition to the amounts previously awarded in
Pretrial Order Nos. 7763A, 8516, 8646, 8699, and 9102, the court
hereby awards Levin, Fishbein, Sedran & Berman an attorneys' fee
in the aggregate amount of $944,700 to be paid from funds on
deposit in the MDL 1203 Fee and Cost Account to compensate such
attorneys for services of benefit to the plaintiffs in MDL 1203
and the coordinated state court litigation performed by them
during the period from January 1, 2013 through December 31, 2013.

8.   No earlier than twenty days from the date of this
Order and as soon thereafter as is reasonably practicable,
Gregory P. Miller, Esquire, as Escrow Agent for the MDL 1203 Fee
and Cost Account, shall disburse from said Account the payment
set forth in paragraph 7 of this Order.   Mr. Miller shall make
such payment by check and shall deliver such check to the payee
by overnight courier in a manner that generates a written
acknowledgment of receipt by the payee.   In order to make this
payment, Mr. Miller may transfer funds from the MDL 1203 Fee and

Cost Account to a disbursement account at an appropriate
financial institution.

BY THE COURT:

_____
                                J.