IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| ROSALYN DAIGLE, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al. | CIVIL ACTION NO. 03-20130 |

## PRETRIAL ORDER NO. 9340

AND NOW, this 15th day of August, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Darleen M. Jacobs and Robert G. Harvey, Sr. for leave to file a petition for intervention (Doc. # 6) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.