IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

**PRETRIAL ORDER NO. 9360**

AND NOW, this 16th day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix B-1, Level III claim submitted by claimant James P. Holleyhead is DENIED;

(2) the Objections to Special Master's Order and Motion for Inclusion of the Contributions Made by Dr. Dlabal to the Response to the Technical Advisor Report [Dkt. No.: 2:99-cv-20593; Doc. No.: 4907] is OVERRULED as to the Objections, and DENIED as to the Motion for Inclusion; and

(3) the Motion to File a Supplemental Brief in Reply to AHP Settlement Trust's Response in Opposition to Claimant James P. Holleyhead's Objections to Special Master's Order and Motion for Inclusion of the Contributions Made by Dr. Dlabal to

the Response to the Technical Advisor Report [Dkt. No.: 2:99-cv-20593; Doc. No.: 4920] is GRANTED.

BY THE COURT:

*/s/ Harvey Bartle J.*