IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZA VALIDO-SHADE, et al. | : | MDL DOCKET NO. 1203 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| WYETH LLC, et al. | : | NO. 12-20003 |

**PRETRIAL ORDER NO. 9368**

AND NOW, this 31st day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants for summary judgment (Doc. #21) is GRANTED; and

(2) the Daubert motion of defendants to exclude the expert testimony of Lewis Rubin, M.D. and Laurence A. Berarducci, M.D. (Doc. #21) is DENIED as moot.

BY THE COURT:

_/s/ Harvey Bartle_
J.