IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | : : : : : : : : : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant:   Linda O. Smith Claim No.:  183/00 8240345 | : : : : | 2:15 MD 1203 |

### PRETRIAL ORDER NO. 9388

AND NOW, this 13th day of January, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the September 13, 2014 Report and Award of the Arbitrator of the appeal of Linda O. Smith is AFFIRMED with respect to the finding and conclusion that the November 7, 2001 e-mail of the AHP Settlement Trust constituted a denial of Ms. Smith's claim for Matrix Benefits;

(2) the findings and conclusions of the Arbitrator are otherwise REVERSED; and

(3)  the matter is REMANDED to the AHP Settlement Trust to conduct the appropriate audit based upon the December 2001 echocardiogram and other documentation submitted by Ms. Smith.

BY THE COURT:

_____ J.
Harvey Bartle