IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: Claimant: Estate of Charles S. Foster Claim No.: 183/00 8265447 | : | 2:15 MD 1203 |

**PRETRIAL ORDER NO. 9424**

AND NOW, this **30th** day of June, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the appeal of claimant Estate of Charles S. Foster from the February 25, 2015 Report and the Award of the Arbitrator related to its claim for Matrix Benefits under the Nationwide Class Action Settlement Agreement is DENIED and the Report and Award of the Arbitrator is AFFIRMED.

BY THE COURT:

_____ J.