IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/  )
FENFLURAMINE/DEXFENFLURAMINE)  )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION  )
_____ )
 )
THIS DOCUMENT RELATES TO:  )
 )
SHEILA BROWN, et al.  )
 )    CIVIL ACTION NO. 99-20593
      v.  )
 )
AMERICAN HOME PRODUCTS  )    2:16 MD 1203
CORPORATION  )

## PRETRIAL ORDER NO. 9459

AND NOW, this 1st day of March, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED, and that the Matrix A, Level V claims submitted by the Estate of Dennis J. Kennedy and Mr. Kennedy's spouse, Patti Kennedy, are DENIED. The Estate of Dennis J. Kennedy and Mr. Kennedy's spouse, Patti Kennedy, are entitled only to Matrix B, Level V benefits.

BY THE COURT:

Harvey Bartle

                     J.