IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ) | |
| SHEILA BROWN, et al. ) v. ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 9464

AND NOW, this 7th day of April, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED, and that the Matrix A, Level II claims submitted by claimant Tamara J. Schatz and her spouse, Michael F. Schatz, are DENIED. Claimant Tamara J. Schatz and her spouse, Michael F. Schatz, are entitled only to Matrix B, Level II benefits.

BY THE COURT:

*Harvey Bartle* J.