IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 9487

AND NOW, on this 17th day of April, 2017, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the motion of Daniel and Louisa D'Antonio to submit Mr. D'Antonio's privately obtained echocardiogram as timely under the Settlement Agreement is DENIED.

BY THE COURT:

/s/ Harvey Bartle
J.